UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PIERRE MICHAEL CADET,
                    Plaintiff,

            v.                        Civil Action No.  05-10975-PBS

RAOUL BONBON, ET AL.,
                    Defendants

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      DENIED without prejudice. Plaintiff shall either pay the $250.00 filing fee within thirty-five (35) days of the date of this Order, or he shall file, within that time period, a completed Application to Proceed Without Prepayment of Fees, which specifically includes information as to whether he is employed, and if so, what his wages are, and whether he has any cash or bank accounts or other assets.  Plaintiff must sign and date the Application.  The clerk shall provide Plaintiff with a blank form, along with this Order.  Plaintiff is advised that failure to comply with this Order will result in dismissal of this action without prejudice.

☒      The Clerk shall not issue summonses at this time.

SO ORDERED.

<u>May 17, 2005    </u>          <u>/s/ Patti B. Saris                 </u>
DATE                         PATTI B. SARIS
                              UNITED STATES DISTRICT JUDGE