```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

PIERRE MICHAEL CADET,
               Plaintiff,

       v.                      Civil Action No.   05-10975-PBS

RAOUL BONBON, ET AL.,
               Defendants

### FURTHER MEMORANDUM AND ORDER
June 17, 2005

SARIS, D.J.

    On May 4, 2005, Plaintiff Pierre Michael Cadet, a Haitian student at Medford High School, filed a civil rights complaint against a Medford High School teacher and a secretary.  The crux of the complaint appears to allege that he suffered harassment (name-calling, insults, slight batteries) by the defendants, and his course grades were wrongfully lowered by his teacher.

    On May 17, 2005 this Court issued an Order (#3) finding that Plaintiff's application to proceed *in forma pauperis* was deficient, and denying the motion (#1) and directing Plaintiff to either pay the $250.00 filing fee within thirty-five (35) days, or file a completed Application to Proceed Without Prepayment of Fees, which specifically included further financial information as to his employment, wages, and other assets.

    On May 26, 2005, Plaintiff paid the $250.00 filing fee. Accordingly, it is hereby ORDERED that the clerk shall issue summonses for service by the Plaintiff on the defendants.

    Plaintiff is advised that he is responsible for ensuring

proper service on the defendant within 120 days of issuance of the summonses; failing which, this action is subject to dismissal.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE