```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

PIERRE MICHAEL CADET,
              Plaintiff,

     v.                          Civil Action No.  05-10975-PBS

RAOUL BONBON, ET AL.,
              Defendants

            ORDER FOR REDACTION OF DOCUMENTS
                     June 17, 2005

SARIS, D.J.

     Attached to Plaintiff's Complaint are several exhibits which contain confidential and identifying information, such as Plaintiff's social security number, his school identification number, and his INS number and date of birth.  These documents include xerox copies of Plaintiff's social security card, permanent resident card, Medford High School identity card, as well as a letter of complaint (page 10).

     Accordingly, pursuant to Local Rule 5.3, it is hereby ORDERED that the exhibits attached to Plaintiff's Complaint shall be redacted to conceal such confidential and identifying information, and the clerk is given authority to made such redaction to the pleadings.  However, pursuant to Local Rule 5.3(C), "the responsibility for redacting these personal identifiers rests solely with counsel and the parties.  The Clerk will not review each pleading for compliance with this rule." <u>Id.</u>

                                            /s/ Patti B. Saris
                                            PATTI B. SARIS
                                            UNITED STATES DISTRICT JUDGE