**From**        :        Pierre Michel Cadet
**To**            :        Mrs. Susan Jenness
**Subject**    :        Raoul Bonbon 's  Home address
**Date**        :        6/23/05

### Case Number: 1:05-cv-10975-PBS

**Dear Mrs. Susan,**

      The purpose of my letter is to let you Know I found Mr. Raoul Bonbon home address. I would like you to put it on computer. As soon as the Judge fix the day of the judgment he can send a letter to both on the same address, or one letter to each of them. Here it is: **29 Lincoln Street, Lynn MA 01902**. Also, Mr. Raoul Bonbon will teach MCAS Mathematics at Medford high on this July as usually. After that he can still go to spend the last month (August) summer vacation to another country as he already planed. If the Judge wants, he can still write them on Medford high school address: 489 Winthrop street, Medford, MA 02155, or on these both addresses together.

      I received a letter from you last Jun 17. I did not expect if the process would be so long. I am waiting for the date of the judgment with a lot of patience, but I would not like you to dismissal my complaint. Try to see if the Judge can make the process shorter for me, so that my complaint does not need to be dismissing, please!

      I tried to find a lawyer, but it was not possible. Some of them asked me money and a lot of money. Some others told me to go to the regional office of the department of education, or of discrimination. So, on the day of the judgment I am going to represent myself. I do not need lawyer any more. The first lawyer I told you I get names Mr. Curry Keven. One day, I called and left a message for him to let him know he has to go in the court and fill a form to can enter in the case. Another day, I called him to can know if he went but he told me I have to pay him $ 400,000 cash to can represent me. I believe it was because of that message he became change idea.

      I did need the lawyer especially because of my English accent. I think the Judge can ask me a question and because of a word he can use in it can prevent me to understand the whole question. On the day of the judgment I will speak slowly to can make him to understand me better. I will do it by myself. So, do the best you can for me to make the process shorter, do not dismissal my complaint! Even if you see the Judge already fix or does not fix the date of the Judgment yet, do not dismissal it until he finish with every thing. In addition, if the Judge wants to cancel my jury demand to can make the process shorter; I do not have any problem with that. I remark the process can be longer because of that. Please! Thank you before hand!

                Respectfully,

                   Pierre Michel Cadet