| | | |
|---|---|---|
| **From** | : | Pierre Michel Cadet |
| **To** | : | Mrs. Susan Jenness |
| **Title** | : | Can you cancel the Federal Rules of Civil Procedure to something else? |
| **Date** | : | 07/14/05 |

**Case Number: 1:05-cv-10975-PBS**

Dear Mrs. Susan,

      I think to write you this letter to ask you if you can make me a favor to change something in my complaint. It is about the **Class Action** under Rule 23, F. R. Cv. P. I would like you to cancel it for me and replace it by something else to can make the process shorter and to prevent my complaint to be dismissed. Please!

      This Wednesday 13 past, I talk to a lawyer on the phone. I explained every thing to him. I told him where I lodged the complaint after that he asked me the case number, I give it to him and he checks it on computer. As soon as he finished to read the information he found about my complaint. He told me you could fall in trouble Pierre. Who told you to choose Federal Rule of Civil Procedure? Do you have the paper that has the summons on the bottom? I told him yes, I have it with me. Do you understand it? Not really, I just read it but I do not understand it well. When you do not know the law and speak English well, you do not suppose to fill an application by yourself if you do not understand it. You should suppose to ask some body to help you to understand the form before you fill it, and sign under a complaint. Raoul and Gislaine already received a summons. You will fall in trouble. When he told me that I was afraid and I think to ask you if you can cancel the Federal Rule of Civil Procedure and replace it by something else. Please!

      So, the Lawyer scared me, and told me " I do not take case without payment in advance". He asked me if my parents couldn't pay for me. I answered him no; they will not pay for me. After that he told me, even if you check another lawyer I do not think he will take your case. Before that lawyer, I saw two, one at the end of Jun and another one in the first week of July, but they almost told me the same thing. They read all the papers you sent to me but they wanted me to pay them firstly to can represent me.

      I would like to know if you already sent this Summons to Mr. Raoul and Gislaine Bonbon. I did not know if that choice could prevent lawyers to take my case. I miss understood the Class Action under F.R.C.P.23. I chose it because I expected the process of my complaint could be shorter, instead of that it becomes longer. I thought because of this choice, they would consider my case the most and work fast on it. Now I know all cases have long process to follow before the

Judge fix the day of the judgment. I would like you to change it to another one. Please!

    The school closed since on Jun 24. When I first lodged the complaint I expected the process could take at least one month and the judgment could make before the school closed, but it was not. I miss interpreted the Federal Rule of Civil Procedure. That is why I chose it. So, I would like you to change it and replace it by a new one. I also think because of Mr. Raoul and gislaine Bonbon's Summons some lawyers will still refuse to take my case when they read it. Pease!

Respectfully,

Pierre Michel Cadet