| | | |
|---|---|---|
| From | : | Pierre Michel Cadet |
| To | : | Mrs. Susan Jenness |
| Subject | : | "The change of the procedure" |
| Date | : | 8/25/05 |

FILED
CLERKS OFFICE

2005 AUG 29  P 3: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Number: 1:05-cv-10975-PBS

Dear Susan,

The reason I write you this letter is that I expect to receive a letter from you on last July past, because on the last past two months before you wrote me two times. This silence makes me feel my complaint can be dismissed. That is why I write you to ask you to do me favor, do not dismiss it until the Judge fix the date of the judgment and finish with my case.

While I finished to send the first letter to you I remarked I couldn't discourage early like that. It is too early to give up. I should check again until I find a lawyer but it was still impossible. That is why the day after mailing the letter I re-began to check.

When I first saw the summons I do not worried about that, but when I check a lawyer he will still refuse to take my case and still ask me money because of that. That is why I did want to change it to another when the lawyer made me feel that. Also, if I did know the law I would not make that choice because it is not a good idea and is uncomfortable. If you see I should pay again I do not have any problem with that because I would not like my complaint to be dismiss.

If you already change it I would like to see that on paper like you wrote me before so that to can find a lawyer easily and quickly when I check. Please!

Respectfully,

Pierre Michel Cadet