| | | |
|---|---|---|
| From | : | Pierre Michel Cadet |
| To | : | Judge Patti B. Saris |
| Subject | : | "The date of the judgment" |
| Date | : | 8/25/05 |

**Case Number: 1:05-cv-10975- PBS**

**Dear Judge,**

  My objective about this letter is to ask you if can do me a favor to fix the date of the judgment on this coming month because I made a bad choice. This means that the Federal Procedure or Class Action I chose was not a good idea. It makes me difficult to find a lawyer because of that. Because of the word **"Summons"** each lawyer I check saw, they refused to take my case. If I did know the law I would not make that choice. I did want to change it to another. You know I do not know the law, I do not know exactly by what I should replace it, but as Judge you already know what you can do for me. I would like you to accept Mrs. Susan to change it for me so that a lawyer can take my case when I check. I would like you to continue to work on it for me until you finish. Please!

  You know this coming September fourth will make my complaint four months since I lodge it. When I first lodge it I expected the judgment would make before the school close and I did not determine if it would take so long time. I would not like my complaint to be dismissed. That is one of the first reason I write you this letter to can ask you to do me favor to fix the date of the judgment. Please!

  I used to lodge complaint to my Sub master Mr. David Polcari for both he never did any thing to make them stop bother me stealer, robber, Zinglindoo, dirty gay, etc. He always told me I am going to see them. I am going to talk to them about that to can stop bother you. One day while I lodge complaint to my Sub master for Raoul and Gislaine Bonbon, he told me if Mrs. Black Burn cannot make them stop bother you I cannot do any thing either because she is above me. Mrs. Black Burn was one of the leading that came after the Headmaster. She was the Multi-Cultural/ ESL director. She was retired last year. They replaced her by another Woman names Dr. Lopez Katherine Natal. She was a black American Woman. It was her who made Raoul and Gislaine found that job. She was a protective for them. My Sub master was afraid her because she was above him. That is why he never did any thing to make them stop bothering me. I used to tell those entire thing Raoul and Gislaine used to do to me to Mrs. Black Burn but she still gave me the same answer as my Submaster used to do.

  Raoul and Gislaine made many bad things to me and any leading at Meford high did not ever do any thing for me when I lodged complaint to them for Raoul and Gislaine. Instead of that, all of them put themselves together against me and order all the security officers to follow me from class to class. I would like you to accept to send a letter to each of the leading of the following to come to answer some questions on the date you will fix for the judgment because they did not take any decision to make Raoul and Gislaine to stop bothering me: The Head master Mr. Paul Krueger, Mr. Stephen Mascoll my first Sub master (from September 2002 to December 2003), Mr. David Polcari my second Sub master (from January 2004 to May 2005), Mr. Daniel Ross, and Rosemary

Trainor two other Sub masters. All of them are good gentlemen, women and ladies but Raoul and Gislaine make all hate me. I would like you to make all of them come on the same day, the first day of the judgment. Please!

I supplicate you to send a letter to each of those students below because there were the first **eye witness** when Raoul and Gislaine Bonbon came to put book in front of me to call me robber, stealer, picker pocket, zinglindoo, massissi, poking me, etc; Wilguens Clairsainvil, Claudel Chevry, Philvie Daniel, Fabiola Jean, Charlenes Saintilus, and Bernadette Jean. You need prove Judge Patti. That is why I supplicate you to do that for me and if you send a letter to them they cannot refuse to come. This is one of the best things you can do for me to can find prove. You can write them on Medford high school address: 489 Winthrop Street, Medford MA 02155 and the school will send the letter on their home address. Some of them still go to school at Medford high, such as: Fabiola Jean, Philvie Daniel, Claudel Chevry, and the others are just graduated. So, I expect all of them will receive a letter from you if you accept to do that and they cannot refuse to come. Please!

There is a court at Medford high, because I saw they did not care about my case when I lodged complaint to the Head master, to my Sub master for Raoul and Gislaine, I did not lodge complaint there for them. I did prefer to do that out of school at the end of my high school career.

Gislaine and Raoul made all the students, teachers, and leadings at Medford high hate me. They talk to many teachers to watch Pierre Cadet because he is a stealer, he rob Gislaine office. Moreover, both ordered many Haitian students to tell that to all the other students and teachers. They make me regret to move to the United States.

I would like you to accept to send a letter to each of the following school Police/ Security Officer at Medford high to come to answer some questions about those things that they know and witness because they used to follow me from class to class, from my locker to the cafeteria, and to the Gym on the Head master, and all the Sub masters request: Ardel Callendar, William Fargo, Dawn Foley, Bill Mazaka, and Jim Walker. Also, each time when I went to change my schedule Gislaine always called school Police/ Security Officer for me to come to keep Pierre stolen because she always let the Head master, all the Sub masters, Security Officer, students, and teachers know Pierre Cadet does not need to change schedule really, but he is looking for robbing my office again and the offices that are around mine. The office of the woman who is in charge to change our schedule is next to Gislaine office. I wish that is listened. Please!

Many times, when I am going to my locker, or when I am leaving my locker to go to the cafeteria, Gislaine always stayed some where in the Hallway to can bother me stealer robber, zinglindoo, massissi. All the Sub masters and the security officers used to see her when she was doing those thing to me, but they did not ever do any thing to make her stop bothering me, because they were Mrs. Black Burn. In contrast, they were laughing at that.

Still last April and May 2005, Raoul was telling me: "Cadet, you would be a star at Medford high, if you did not rob Gislaine office." He meant, all the Haitian students girls would still love me if I did not rob Gislaine office. Sometimes, he told me: "Cadet, there is no gomme eraser in the world that can erase those names on your back." They make me regret to come to the United States. They make every body dislikes me.

Mr. Stephen Mascoll was my first Sub master. I did suppose to graduate last year, but because I had a lot of difficulty to speak English clear, I asked Mrs. Black Burn to do me a favor to move me back in eleven grade so that I can prepare myself better to can go to college next year. She accepted to do it for me and Mr. David Polcari became my Sub master since on last January 2004. I used to lodge complaint to Mr. Mascoll, my first Sub master but he never gave my complaint any importance. Instead of that he put himself with all the other Sub masters and the Head master against me and told to Gislaine to call security to arrest me when I come to change schedule. I would like you to send a letter to each of them to can come to answer some questions on the same and first day of the judgment, to all the students, and security officers without missing one. Please!

At last, what I did Want to pray you to do for me is to try to see if you can make me find an **interpreter or a translator** Creole and English to can help me on the day of the judgment if misunderstand some thing. For Raoul and Gislaine Bonbon's sentence I think to ask you if you can accept to comdemn them by death penalty. They should be condemned by death penalty because this is the smallest sentence they should receive for those entire bad thing they did to me in my opinion and particular Raoul Bonbon because they made so many bad things to me, I become regret to come to the United States, and send Mr. Vincent to Jail for a very long time. Since you are the Judge, you are the only chief to decide what sentence they should receive. So, to can find prove and a lot of proves, I would like you to send a letter to each of the leading at Medford high school because they are witness and they did not do any thing for me when I lodged complaint to them for Raoul and Gislaine such as: Mr. Paul Krueger the Head master, to all the Sub masters in particular Mr. Stephen Mascoll my first Sub master and Mr. David Polcari my last Sub master, to all the security Officers, to all the students who are the first eyewitness. If you see they should pay an almond, I do not have any problem with that, but I am more interest to eliminate them by death penalty. You know this is a very long story. On the day of the judgment I would like you to allow me to re-explain those entire thing to you step by step. Please!

Respectfully,

Pierre Michel Cadet

**PLEASE,** send a letter to each of the person name of the following because all of them are witness, to can come to answer some questions about all bad treatments I used to receive from Gislaine and Raoul Bonbon. I used to lodge complaint to the Head master, my Sub master and they did not ever do any thing to make Raoul and Gislaine to stop bothering me.

| | | |
|---|---|---|
| **Head master** | : | Mr. Paul H. Krueger |
| **Sub master** | : | Mr. Stephen Mascoll (my first Sub master, from October 2002 to December 2003) |
| **Sub master** | : | Mr. David Polcari ( my second Sub master, From January 2004 to May 2005) |
| **Sub master** | : | Mr Daniel Ross |
| **Sub master** | : | Mrs. Rosemary Trainor |

**Student first eyewitness since on October 2002 to May 2005**

Wilguens Clairsainvil
Claudel Chevry
Philvie Daniel
Fabiola Jean
Bernadette Jean
Charlenes Saintilus

**Security officer who used to follow me from a place to another on the Head Master and Sub master request**

Ardel Callendar
William Fargo
Dawn Foley
Bill Mazaka
Jim Walker

I wish you will accept to send a letter to each of the person above on Medford high school address: 489 Winthrop Street, Medford, MA 02155, because all of them are witness in particular the students, the Head master and the Sub masters. You can ask them to come either on the first, second or on the next day of the judgment because you need prove and this is the best way you can take to help me and find prove. When those students come, I would like you to ask them who were the best student in Mr. Raoul's class? How many best student did have in Raoul's class Such as: in the writing class in which he used to show us how to do essay in Creole, Mathematics and America's story class? Etc. Those students can tell you what grade I used to receive for those subjects and how Raoul became to change my grade and why.