to tell you I

out locked on

Mr.                                   my
Raoul                                 whose
       Bomber used

                              Pris                      nt because

                told

                                          like the judge to

                                            I would like you to
                          again                     so that     check
                                 my complaint was dismissed.