Case Number: 10975-PBS

From: Pierre Michel Cadet

FILED
IN CLERKS OFFICE

2005 OCT 18  A 10: 33

U.S. DISTRICT COURT
SUPERIOR OF MASS.

Please sends a letter to each of the persons to come to answer some questions on the day of the judgment.

Mrs. Diane Guarino
Ms. Ami Boardman
Ms. Marc Daniel
Mr. Pierre Vincent
Ms. Lola Lombardo
Mr. Paul Krueger
Mr. David Polcari
Mr. Stephen Mascoll
Mr. Daniel Ross
Ms. Rosemary Trainor
Mr. Ron DiSano
Mr. Fredrick Tower

So, I would like the judge send a letter to each of the security officers and to each students too to come to answer some questions on the first day of the judgment.

Pierre M. Cadet

Name: Ms. Diane Guarino
Address: Medford High School
         489 Winthrop Street
         Medford MA 02155

Ms. Diane Guarino is an ESL, English teacher at Medford high. She was my English teacher from September 2004 to May 2005. She used to give us project to do on a book or a leader in each quarter. In the begining of the third quarter, in particular at the end of January 2005, she came with many kinds of books and put them on her desk. She told us to come to choose a book that is more interested to us (you) to can make our (your) project on. On that day, I chose two books about world war II, one with an Adolf Hitler picture on the front cover and the other one with some Russian soldiers pictures a live during a great cold winter who were walking on Germany and some dead body German soldiers that spread some part around the groung on a snow.

At the end of the period she told wilguens clairsainvil and claudel chevry to take all the books back from us. Since I was still looking at the pictures and read the books, I did not give them back yet because I like Adolf Hitler and when I found those two books, I was very interested to them and took times to look at each of them. Some minutes later, before the bell rings, she left her desk and came to tell me to give the books back. I did not resist to her and quickly I went to put them back on her desk. So, most of the other student already gave the books they took from her desk back while I was still looking at those I took. After that she told me, Pierre everybody is watching you, brigand, robber, nasty boy. Even if you change your clothes, the title stealer will stay for you for all the rest of your life. Then, she returned to her seat. While she stood up behind her desk, she look at me and told me Massissi, you don't have prestige, give me some credits. Wilguens clairsainvil, claudel chevry and stanley Elien were eye witness of all those things.

I used to get good grades for her subjects such as A, B+, B, but she always changes them to C, D-, F like Raoul Bonbon used to do. On the third quarter I get B, but some of the leadings and Raoul and Gislaine Bonbon forced her to give me D- to can prevent me to find appeal for the MCAs, my high school diploma and to participate in the ceremony of the graduation. On the forth quarter they forced her to give me "F" for for the same reason. They made all the other students who would receive certificate to participate in the ceremony of the graduation except me. Instead of that, to can make me scare and prevent me to participate, they told me if I come in the ceremony of the graduation, I will be arrested. So, because of the word arrested they told me. I did not go.

Raoul and Gislaine Bonbon make everybody at Medford high hate me, students, Headmaster, submasters, teachers as many other employees. There were more than 3000 students and more than 75 teachers and more than 18 other employees at Medford high, all of them became hate me because of those bad names like zinglindoo, robber, stealer, gang Raoul and Gislaine Bonbon used to call me and bother me and made them know of me and tell them to watch me in class, in the library and every where I go while I am in school.

When I go to the library, for them I don't really need to do research, to use computer, but I am looking for stealing. That is what all the leadings like Headmaster, submasters and students, teachers made all the employees at Medford high school library think of me.

For Mrs. Diane Guarino and the other students like Haitians, Brazelians, Indians and chinese students, I was trying to keep or to steal the books and watching them to can go away with them. When the periods was over, all the students in her class spread that to all the other students, teachers they saw in each next periods. So, I would like the judge sends a letter to Ms. Diane Guarino to can come to answer some questions on the first day of the judgment and make her to give me all my grades back. Please.

Pierre Michel Cadet

to answer some questions because they were also witness and they used to follow me on the Headmaster or Submaster request. For those guardians, the headings and security officers always have a communication radio to can communicate to each other. To can say where I am, from my locker to the cafeteria, from cafeteria to the gym and to each class or next period I go.

Mr. Ron DiSano  } both are custodian at Medford high school
Mr. Fredick Tower

One day while I was eating in the cafeteria Mr. Stephen Mascoll in first submaster was talking to them of me. He wanted to make them know me to can follow me as the security officers. They stand up between 15 and 20 meters of distance from where I was eating on the table. Mr. Stephen Mascoll tried to make them to recognize my face. Mr. Paul Krueger the Headmaster stood up next to Mr. Stephen Mascoll on the right and Mr. Ron DiSano and Mr. Fredrick Tower stood up to his left. While they were talking of me, Ron DiSano stretched his right hand and point his index finger on me to can know, make sure I really it is that guy Mr. Stephen Mascoll was talking about. So, all those two custodians have to come on the first day of the judgment to can answer some questions.

<u>Teachers</u>

Mrs. Hau Daniel
Mrs. Diane Guarino
**Mrs. Ami Boardman**

<u>Interprets</u>

Mr. Pierre Vincent
I found his first name. The judge can send a letter to him now on Medford high school address.

<u>Ms. Marc Daniel</u>: She was my first English teacher from 2002 to 2003. She became my English teacher again from September 2004 to May 2005. She was the first teacher who became later me after Raoul Bonbon and knew those bad names of me like zinglindoo, gang, robber, stealer, massissi by the Haitians students on Raoul Bonbon request. This means that Raoul Bonbon **said** to the Haitians student to tell those things to Ms. Marc Daniel of me. Her class door is exactly opposite Mr. Raoul Bonbon's door. It was her who had the sign "safe space" behind his door and became took it out because she heard some Haitians students' voices were talking about that in her class. Raoul Bonbon used to tell us if you see those two words "safe space" behind an American teacher's door at Medford High. This means that he/she is an **Homosexual**. Be gone opposite my door. Ms. Marc Daniel's door, go up and go down all over the hallway to see if I lie to you.

<u>Mrs. Diane Guarino</u>: She was my English teacher from September 2004 to May 2005. In 2002, it was her who was the second teacher at Medford high who knew those bad names of me by the Haitians students and Ms. Marc Daniel. Her class is next to Mrs. Marc Daniel's class. Some days later, the Haitians students and those two teachers spread that to all the other students and teachers until everybody became know those bad names of me above all gang, robber, zinglindoo, stealer.

So, I would like the judge sends a letter to each of them to can come to answer some questions on the first day of the judgment.

The custodians, teachers and the interpreter presence will be very important on the first day of the judgment like the Headmaster, submasters, security officers and students to can come to answer some questions.

First name: [illegible]   Phone number is: 781-969-1970
Last name: Vincent   Address: Medford high school, 489 Winthrop St, Medford MA 02155

Windy, on July 2003, in a summer MCas course while I was walking in the hallway to go to the bathroom from the class where Mr. Raoul Bonbon was teaching us MCas Mathematics. I heard some footsteps voices were walking behind me. I turned my head around to can see who is this. As soon as I turned my head, I saw Mr. Pierre Vincent and he told me everybody here already knows what you are. You don't need to look at the books. So what you are going to do, zinglindor. If you keep watching people to steal, one day they will keep you. You would steal in Haiti, now you move to the united states you keep stealing. All bad things seem to you Cadet and you have many bad names. You are massissi, stealer, robber, zinglindor. You are all bad things. So, because of those things he told me, I would like the judge sends a letter to him as to the Headmaster, Submasters, security officers, to the students, teachers and to the custodians without missing one to can come to answer some questions on the first day of the judgment. Please!

At the end, he told me, among all those names by which one of them would you like me to call you the most Cadet, robber, massissi, or zinglindoo.

He called me massissi because Raoul used to tell him how I used to talk against him each time when he said bad things against Homosexual.

He is a haitian interpreter at Medford high and he is working in the Multi-cultural / ESL Department.

For Mr. Pierre Vincent, when I reached near where his office is and turned my head to can see who is walking behind me, he thought I was watching people to can steal. That is what Raoul and Oslaine Bonbon make every body at Medford high believes and thinks of me.

One of the reason Raoul Bonbon used to argue with the Haitians students is that he always looking for "Death Promise" from us by voodoo, mystic, zombies, etc. He likes when they make him death promise. You know in Haiti, many Haitians are used to kill each other that way and since he has just began to work there he was bothering them, always argued with them, joke with their character, vex them to make them angry, so that they can promise him death voodoo, ghost, magic. They used to tell him, you are going to die this coming summer. When they go back to Haiti, they will pay a witch, or a sorcerer to kill him. The wizard will send ghosts, zombies on you, and you will crush and die by a terrible accident with your car. Each year and each time they tell those things any thing does not ever happen to him. That is why he used to say the Haitians are joking, each time they promise me death mystic any thing cannot happen to me. They promise me some thing that they cannot ever do. Since I am teaching here I am talking with arrogance I don't ever change and I am still alive. Because he remarks any thing does not happen to him and the Haitians Kids always give up about the way he used to talk to them, to vex them, to argue with them and make them scare him, he never stops talking the same way to can still make them scare and believe he has powerful. This means that above all the leadings at Medford high school. "If I put you out of school, the Headmaster, and your submaster cannot bring you back."

*Turn this page after reading it*

They used to send the next paper after this one to our house to tell us what a student has to do if some one like another student or a teacher harass you. I used to lodge complaint to my submaster Mr. David Polcari, to the Headmaster Mr. Paul Krueger, my guidance counselor Ms. Lola Lombardo against Raoul and Geslaine Bonbon, they did not ever do anything for me. They did not take my case in consideration. Instead of that all of them put themself against me and tell to the security officers, the custodians to follow me everywhere I go while I am in school.

Mr. Frank Henard, Ms. Gail Bernstein and Mr. Roy E. Belson knew all those things, bad names Raoul and Geslaine Bonbon used to call me by the leading. They knew all those bad names of me from the leadings. But instead of doing something for me, all of them put themself together with the Headmaster, submasters, teachers, students, security officers, custodians and many other employees against me. They said to each other "to follow me, watch me from period to periods, from all other place I go until we keep him stolen".

# Medford Public Schools

489 Winthrop Street, Medford, Massachusetts 02155

ROY E. BELSON
Superintendent of Schools



August 1, 2005

Dear Parents/Guardian:

The Medford Public Schools School Committee is committed to eradicating any form of harassment and bias motivated attacks, sexual harassment, threats or intimidation based on race, color, religion, national origin, sex, disability or sexual orientation.

The Medford Public Schools are governed by both Federal and State statutes, and adheres to all Civil Rights laws.

The Medford Public Schools policy directs "any person who believes he or she has been a victim of harassment or violence in any form, (as listed above), by a pupil, teacher, administrator or other school personnel should report the alleged act(s) immediately to an appropriate School District official designated by this policy."

In the district, the School Committee designee to receive such reports or complaints is listed below.

It is the intent of the Medford Public Schools to assure the safety of all students, and most complaints can be amicably resolved in-house before becoming legal matters.

Please do not hesitate to make a contact, if you have questions or concerns:
Mr. Frank Howard (781-393-2280) or Ms. Gail Bernstein (781-393-2229), Designees, 489 Winthrop Street, Medford, MA.

Roy E. Belson
Superintendent of Schools