From : Pierre Michel Cadet
To : The Courtroom
Date : 10/28/05

Case number: 1:05-CV-10975

From : Pierre Michel Cadet
To : Judge Patti B. Saris
Date : 10/24/05

Case number : 1:05-CV-10975-PBS

Dear Judge,

I think to write you this letter to can repeat something to you in a sentence only because I feel you think I lie to you about my complaint. I would not take chance to lodge a complaint like that against somebody if it was not true. I could not ask you to send a letter to the Headmaster, submasters, security officers, some teachers, custodians and some <u>students</u> who were eyes witness of those bad treatments I used to receive from Raoul and Gislaine Bonbon.

So, the think I am asking you to do on the day of the judgment is that, if you find I lie to you about my complaint, send me to jail, please!

sincerely,

Pierre M. Cadet

Among all the students I asked the judge to send letter to come to say what they used to see and heard between Pierre M. Cadet, Raoul and Geslaine Bonbon, by how many bad names they used to call me, how many bad treatments I used to receive from them from October 2002 to May 2005, those of the following are the most important because it was them who were the first <u>eyes witness</u> of those things Raoul and Geslaine Bonbon kept doing to me such as: put book on my desk to call me robber, stealer, zinglindoo, Tonton Makout, massissi, poking me with pencil, pen, ruler and knock me etc.

<u>students name</u>: wilguens clairsainvil, claudel chery, Philore Daniel, Fabiola Jean, Bernadette Jean, charlenes saintilus. If the judge wants, she can send letter to all the rest of student, but those above are more important. If she wants she can choose some of the rest or other students to send letter too.

(c) On the day of the judgment, if the judge find I lie about my complaint, she can close her eyes and order security guard to arrest me and send me to jail.

I don't have problem with any kink of decision she wants to take against me, if she remarks I lie to her.

Pierre M. [illegible] Cadet [signature]

If really you feel I lie to you about my Complaint, you can still do "the Summons" I don't have any problem with that. If you become find I am wrong, send me to jail! I ask you to do that because the letter you send to me make me feel bad. I remarked you have doubt about my complaint and you are not happy either with my behavior by asking to change and Cancel something in and my complaint now and then. I supplicate to still do it, if you want, think my complaint is untrue so that you can find more proof.

I would like you to put those things of the following exactly like that in the letter you will send to each of them if you still agree to do "the summons".

Don't forget you Raoul Bonbon, how you become make every body at Medford high hate Pierre Cadet such as: students, teachers, Headmaster, submasters, custodians etc by calling him rubber, stealer, zinglindoo and many other bad names. Pierre becomes regret to come to the united states because of those things you used to do to him. You feel proud to do those things to him and you never stop.

You degrade Pierre Michel Cadet by calling him bad names and tell the Haitians students to continue to debase him like you began since on october 2002, all over in Medford high school, make everyone knows him by those bad names. You gave him many bad grades and made him receive many bad grades from some teachers who became hate him because of those bad names you made them know of him.

You used to tell him, he does not have value, character. It was a pride for you to tell him those things and all the entire leading at Medford high school agree with your behavior towards him.

Many of the students who were eye witness of those things will receive a letter from Federal Court to come to answer some questions about all bad treatments Pierre Michel Cadet used to receive from you since on October 2002 that is the beginning of those things to May 2005. When you Raoul Bonbon used to leave your desk many times to go get an America's story book on a table in the back of your class and come to put it on Pierre Cadet's desk to call him bad names, knock and poking him. Sometimes, you used your Mathematics book to put on his desk to harass him, call him bad names.

When you Gislaine Bonbon, planed with your brother Raoul Bonbon two times to come to put book on Pierre's desk to call him bad names and knock him.

All the leading at Medford high school were accessory to those things and are responsible because instead of doing something in favor of Pierre Cadet, all of them put themself together with security officers, students, teachers, custodians and some employees against him.

Soon, the Headmaster, all the entire Submasters, some teachers, students, security officers, custodians will receive a letter to come to answer some questions about you and Pierre M. Cadet's case.

Sanction will take against all the entire leading at Medford high school if one of those students does not receive and appear on the day of the judgment. This means that, as soon as they receive those letters from Federal Court, they have to send them to the parents guardians of each students home address without missing one who were eye witness of those things Raoul and Gislaine Bonbon used to do to Pierre M. Cadet from 2002 to 2005.

If really you still agree to do the "Summons" when you finish to type those things on computer, I would like you to send a copy to me so that I can make sure you accept to do it. If you find I am guilty, I am asking you to close your eyes and send me to jail!

I should not file a separate complaint against Mr. Pierre Vincent because it is the same story. I should ask you to send a letter to him to can come to answer some question. And if I ask you that you would accept. The more I talk, the more I say some thing I should not say, the more I ask to cancel, to change some thing, the more I complicate my complaint. That is what I saw when I finished to read your letter.

So, if my complaint was not true, how could I ask you to send letter to each of the leading like: Headmaster, submasters, my guidance Councelor Ms. Lola Lombardo, and security officers, some teachers, custodians and students who were eyewitness of all those things from september 2002 to May 2005. You will not heard only my voice on the day of the judgment. You will have to heard all the witness's voices, and the defendents too, and if I am wrong, you will see that. I don't why you became think like that

To be clair with you I don't have any problem with any decision you want to take against me if you find I am guilty. I could not do something like that if those things were not true. That is why I ask you "if you want you can still do the summons."

If you still agree to do it, during the summons time, I would like you to prepare letter to send to everybody: Headmaster, submasters, my guidance Councelor Ms. Lola Lombardo, custodians, security officers, interpreter, teachers and students who were eye-witness. And if you find I am wrong, send me to jail!

I don't really need interpreter, even if you see I asked that. I don't really care about that. I can do that by myself. You can forget that. You can see that too when you read my writing. If somebody can lodge a complaint against some one else is because he feel comfortable to represent himself. I talk about many things I should not talk, that is what happened to me and I feel you are not happy with those kinds of behavior.

On last Friday, 15 of October, I went to file a complaint against three people because of fraud about the MCas exams. The case number is: 05-12068-PBS. Between 4 and 5 o'clock while I was entering in my house, I check the box mail and I found a letter from you. When I saw that, I was happy and I feel all the entire leading at Medford high begin to worry because all of them are wrong, but it was not that. When I opened the envelope and read the letter I saw something I did not expect and the way you talk to me make me feel you have doubt about my complaint.

The reason I asked you to cancel the one I lodged against Mr. Pierre Vincent is that I saw it will be very difficult for me to find his first name, but it was not. I knew him only by his last name. I found it easily, a way I didn't ever expect, and I even found his home phone number: 781-209-1970

When you saw I said "it is a great error I commit by adding Mr. Pierre Vincent in my complaint" It does not mean it is not true, but it was because I saw you dismissed it because of his first name I did not know. This means that if I did not file the complaint that way with only his last name, you would not dismiss it. I became regret to do it like that. That is why I said those things to can show you how I was not feeling good with the dismissal of my complaint. But when you read the letter you interprete it another way and became have doubt about my complaint. The way I thought while I was writing the letter, it not like that you saw it. That is why I say, if you want, you can still do the summons to can find prove. I don't have any problem with that. If you don't do it, it is not my false. It is because I want to repair all those mistake by asking to change this, to cancel that I ask you to do it to can find prove.

If really I did need a lawyer I would find one already because there are lawyers everywhere in Massachusetts. There are some of those I check who used to handle cases like mine but some of them were not interested to my complaint. They told me to contact the department of education. I stop checking since in the middle of July. Now I am waiting for the date of judgment to can check one. If I don't find, I will do it by myself without interpreter. If I could not represent myself really, how can I come to lodge complaint against

so here are some mistakes I should not say, and I don't make sense. They become embarass my complaint, and because of them you become have doubt about it. That is why I told you, you can still do the summons if you want to can find more prove, and repair those mistakes.

In my last letter, I remark I should not say "It is a great mistake I made when I add Mr. Pierre Vincent in my complaint." This sentence was not good. It is because of it you became have doubt about my case when I asked you to cancel it. I should talk with precision.

Here what I saw I should say when I asked you to cancel the one I lodged against Mr. Pierre Vincent after read your letter.

"I think it will be difficult for me to find his first name. Can you forget or cancel that complaint and reconsider only the one I lodge against Raoul and Gislaine Bonbon. Please! Only this sentence would be much better and more explicit than all of those I wrote in the letter where I said: "It is a great mistake I did by adding Mr. Pierre Vincent in my complaint. A letter I ask to send to him to come to answer some questions would be better than to file a separate complaint against because this is the same story."

The other bad sentence is: "I would like you to cancel the complaint I lodge against Mr. Pierre Vincent so that if I check a lawyer, he does not need to see if my complaint was dismissed because of that or because I did not know his first name." So, those two sentence became embarass my case and make you think it is untrue. Moreover, I would like you to forget the interpreter I asked. I will represent myself. I don't need that anymore. You don't need to be afraid for me. Because I saw you think my case is untrue, I would like you to focus only to the summons if you still agree to do it to can find prove, and if you don't find prove of my case after the summons you can send me to jail. I don't have any problem with any decision you want to take against me if you find I am wrong.

If you still agree to the summons because I feel you have doubt about my case, I would like you to add those thing of the following you will send to each of them for that.

Don't forget how you deteriorate Pierre M. Cadet at Medford high and make everybody hate him by calling him stealer, robber, massissi, gang zinglindoo and many other bad names. You Raoul Bonbon have powerfull. You are above all the leading at Medford high. You have so many power, you even used to close your class door in Mr. Paul Krueger's face the Headmaster. Don't forget how many times you left your desk and go get an America's story book in the back of your class to come to put on Pierre's desk in front of many students, to call him stealer, rubber, zinglindoo, gang knock him and poking him, how many times you left your desk to walk and run around your class and call: block, block, block the stealer, block the, block the robber, block Pierre Cadet, here the stealer, here Pierre Cadet, help me to keep Pierre Cadet, keep the robber, keep the robber. how many times both of you streethed your hand over Pierre M. Cadet to call him by those bad names.

Raoul used to do those things to me in his class and Gustave used to do that to me anywhere around the Hallway.

I become regret when I asked to change the Federal rule of civil procedure, even if you see I send two letters about that. I should not do that. Among all the other requests, this is the first request when you think to the way I ask you to cancel and change, you become feel my complaint is untrue. To can repair all those bad requests, I supplicate you to do it as soon as you finish to read these papers I mean if you want, you can still do the summons. In your next letter, I wish you will tell me you already send the paper of the summons to each of them. I really regret to do that.

So, both of them have to come to the court to file a complaint against me to can prove my complaint is untrue.

<u>Fix the date of judgement</u>: I should not ask you to fix the date of the judgment. This is not a good request, because it is you who have to decide about that. The date of the judgment will depend of the time periods that you foresee, all the witness, sub masters, teachers, custodians and the Headmaster will have to receive their letter from you. I remark there are many things I ask I should not ask. I become regret to act like that by asking to cancel this, change that, to do this or that, and it was one of the reason that made my complaint was dismissed and make me embarass with it like that.

<u>Class Action — Federal Rule under Civil Procedure</u>

Before a lawyer take a case he has to foresee he will win at least at 75%. If not, he can be very difficult to take a case. When I asked to change the class Action, it does not mean I really needed that because I did not have any problem with it. It does not mean my complaint was untrue either.
You can change your mind by explaining something or a problem you have to some one else in which you expect to find help and the way he talk to you can make you take another decision to can resolve it. That is exactly something like that that happened to me after talking on the phone to a lawyer in the middle of July, and he was the last lawyer I checked. After that I think to wait for you fix the date of the judgment to can check one, and if I don't find I will do it by myself without problem. He asked me the case number and checked it on computer, and saw the summons. Some hours later, when I think to the way he talk to me, I became think to ask if they can change it. Some days after mailing the letter, I saw I should not ask to do that. I did suppose to leave it the way it was.
So, because I saw you have doubt about it, I did want to ask you to put my case in the Class Action or Federal Rule under Civil Procedure again so that you can find prove about my complaint. This means that, I would like you to send a letter to both Raoul and Gislaine Bonbon to come to file a complaint with the clerk against me to prove my complaint is untrue. I would like you to accept to still do the summons, and I am feeling better if you make it than to see my complaint dismiss forever.

Pierre H. Cadet

I remark, if I did not ask to cancel the class Action or the Federal Rule under Civil Procedure, may be my complaint would not dismiss, and you would not have doubt about it either. some of things the lawyer told me became influence on me and make me think to ask to change it to another. That is not make sence.

The two last letter you send to me made me sad and think a lot. so, to can repair all those bad request from my first to the last letter, I have to return to the Federal Rule and Civil Procedure so that you can see if really I lie about my complaint or not. I wish you will accept to do that, and if you find I am wrong or guilty, I don't have any problem with any kind of decision you want to take against me. I would like you to let me know by a letter Raoul and Gislaine Bonbon already receive the letter of the Summons from you. I wish that is listened! thank you before hand!

Pierre Michel Cadet

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Pierre Michel Cadet

**DEFENDANTS** Raoul Bonbon and Gislaine Bonbon

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: He used to call me bad names and gaves me many bad grades.

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 10/28/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

If my complaint was not true how can I ask to send letter to the Headmaster, submasters, security officers, students, teachers, custodians. As you already foresee that jail would not enough for me. That is why to can find more prove about my case I supplicate to still do the summons. This means that, I would like you to send a letter to Raoul and Gislaine Bonbon to come to file a complaint with the clerk against, if really my complaint is untrue. I hope you will understand me and accept to do that to can prove of my case. If you find I am guilty, I don't have any problem with any kind of decision you want to take against me.

The reason that make you think like that is that I became say something I did suppose to say, and became to ask to cancel, change something I should not ask. Now it is you who have to decise by yes or no if you still agree to do the seummons to can find more prove. If you do it I will be happy. I am feeling more confortable. I am sleeping and wake up better than before.

books

| | desk 1 | desk 2 | desk 3 | desk 4 | desk 5 |
|---|---|---|---|---|---|
| 5 | | | | | |
| 4 desks | | | | | |
| 3 | ...y | ...tl... | | | |
| 2 | Wilo... | ... Meta... | | | |
| 1 | Pierre Mi...el Cadet | Pha...ie Dan... | Fabi... | | Bernadette Jean |

America class s... ribs ... paper foldin...

pok... my and folding

Gslaine did t... t... me t... times in Raoel's class on october 20... she took a book on Raoel's desk and came to p... ... my d... ... front of all ... students