From : Pierre Michel Cadet
To : Judge Saris B. Patti
Date : 11/28/05

Case number : 10975-PBS

Dear Judge,

I think to write you this letter to ask you if you can do me a favor to type all the persons' name on the next pages on computer so that to can see and read them in the next letter you will write me. It is because I would like to make sure you agree to write all the leadings, security officers, students eyewitness, teachers, custodians and my guidance Counselor without missing one to can come to answer some questions on the day of the judgment. I supplicate you to accept to do that for me. Please!

If you want too, you can even type, write or sign your name below them when you finish typing them to can prove me really you agree to send a letter to each of them without missing one to come to answer some questions.

I also think to ask you to still work on the case No. 05-10975-PBS because you already told me I should effectuate service of process in it before December 31 happens to prevent my complaint to be dismissed again. So, before that date happens, I would like you to let me know what is going on. I wish you will understand me! Thank you before hand! Please!

sincerely,

Pierre Michel Cadet

Case number: 10975-PBS

From: Pierre Michel Cadet

I would like you to make me see all the people's names I asked you to send letter to can come to answer some questions on paper in your next letter like. I write them below so that I can make sure you agree to send a letter to each of them without missing one. **Please!**

**Head master:**
Mr. Paul Krueger

**Superintendent of school:**
Mr. Roy E. Belson

**Submasters:**
Mr. David Polcari
Mr. Daniel Ross
Ms. Rosemary Trainor
Mr. Stephen Hascoll

**Guidance Department Director:**
Mr. Frank Howard

**Security officer:**
Mr. Ardel Callendar
Mr. William Fargo
Mr. Dawn Foley
Mr. Bill Mazaka
Mr. Jim Walker

**School Committee:**
Ms. Gail Bernstein

**ESL Teachers:**
Ms. Diane Guarino
Ms. Ami Boardman
Ms. **Marc Daniel**

**Interpreter/translator**
Mr. Pierre Vincent

**Guidance Councelor:**
Ms. Lola Lombardo

**Custodians**
Mr. Ron Disano
Mr. Fredrick Tower

**students first eye witness**

Wilguens Claersainvil
Claudel Chivry
Charlenes Sauntilus
Bernadette Jean
Fabiola Jean
Philvie Daniel

**students second eye witness**

Shelna Blanc
Christian Avignon
Sybill Azor

Sandra Jean
Barbara Jean
Stanley Elien

Polynice Keteline
Polynice Ketelène
Polynice Mirlaine

As soon as you receive this letter, I would like you to type the name of each people above on computer and when you think to write me, in particular before December 31, I would like you to print their names and mail them to me to can prove me you really agree to send a letter to each of them without missing one to come to answer some questions. So, you will have to write 35 people to come to answer some questions on the day of the judgment. To make me believe really you agree to write each of the leadings, security officers, students etc. I would like you to type their names on computer and mail them to me as soon as possible. You would make me very happy if you accept to do that for me. Please!

Pierre M. Cadet