From : Pierre Michel Cadet.

To : Judge Saris B. Patti

Date : 12/9/05

FILED
IN CLERKS OFFICE

2005 DEC 12  A 8: 13

U.S. DISTRICT COURT
DIST. OF MASS.

Case number : 1:05-CV-10975-PBS

Dear Judge,

    This letter is being written to supplicate you if you can accept to still work on the case (my case) No. 05-10975-PBS in accordance with the Memorandum and order dated 10/11/05. Please!

    You know you already adviced me I should effectuate service of process in it before December 31 happens, to prevent it to be dismissed again. So, before that date happens, I would like you to let me know what is going on. I wish you will understand me! Thank you beforehand! Please!

Sincerely,

Pierre Michel Cadet

**students first eye witness**

wilguens claivsainvil
claudel chevry
charlenes sountilus
Bernadette Jean
Fabiola Jean
Philvie Daniel

FILED
IN CLERKS OFFICE

2005 DEC 12  A 8:13

DISTRICT COURT
DISTRICT OF MASS.

**students second eye witness:**

shelna Blanc
christian Avignon
sybille Azor

sandra Jean
Barbara Jean
stanley Elien

Polynice Keteline
Polynice Ketelène
Polynice Mirlaine

As soon as you receive this letter, I would like you to type the name of each people above on computer and when you think to write me, in particular before December 31, I would like you to print their names and mail them to me to can prove me you really agree to send a letter to each of them without missing one to come to answer some questions. So, you will have to write 35 people to come to answer some questions on the day of the judgment. To make me believe really you agree to write each of the leadings, security officers, student etc. I would like you to type their names on computer and mail them to me as soon as possible. You would make me very happy if you accept to do that for me. Please!

Pierre H. Cadet

Case number: 10975-PBS

From: Pierre Michel Cadet

I would like you to make me see all the people's names I asked you to send letter to can come to answer some questions on paper in your next letter like. I write them below, so that I can make sure you agree to send a letter to each of them without missing one. Please!

Head master:
Mr. Paul Krueger

superintendent of school:
Mr. Roy E. Belson

submasters:
Mr. David Polcari
Mr. Daniel Ross
Ms. Rosemary Trainor
Mr. Stephen Kascoll

Guidance Department Director:
Mr. Frank Howard

Security officer:
Mr. Ardel Callendar
Mr. William Fargo
Mr. Dawn Foley
Mr. Bill Mazaka
Mr. Jim Walker

school Committee:
Ms. Gail Bernstein

ESL Teachers:
Ms. Diane Guarino
Ms. Ami Boardman
Ms. Marc Daniel

Interpreter/translator
Mr. Pierre Vincent

Guidance Councelor:
Ms. Lola Lombardo

custodians
Mr. Ron DiSano
Mr. Fredrick Tower

Name: Ms. Diane Guarino
Address: Medford high school
489 winthrop street
Medford MA 02155

Ms. Diane Guarino is an ESL, English teacher at Medford high. She was my English teacher from September 2004 to May 2005. She used to give us project to do on a book or a leader in each quarter. In the begining of the third quarter, in particular at the end of January 2005, she came with many kinds of books and put them on her desk. She told us to come to choose a book that is more interested to us (you) to can make our (your) project on. On that day, I chose two books about world war II, one with an Adolf Hitler picture on the front cover and the other one with some Russian soldiers pictures a live during a great cold winter who were walking on Germany and some dead body German soldiers that spread some part around the ground on a snow.

At the end of the period she told wilquens clairsainvil and claudel chevry to take all the books back from us. Since I was still looking at the pictures and read the books, I did not give them back yet because I like Adolf Hitler and when I found those two books, I was very interested to them and took times to look at each of them. Some minutes later, before the bell rings, she left her desk and came to tell me to give the books back. I did not resist to her and quickly I went to put them back on her desk. So, most of the other student already gave the books they took from her desk back while I was still looking at those I took. After that she told me, Pierre everybody is watching you. brigand, robber, nasty boy. Even if you change your clothes, the title steale will stay for you for all the rest of your life. Then, she returned to her seat. while she stood up behind her desk, she look at me and told me Massissi, you don't have prestige, give me some credits. Wilguens clairsainvil, claudel chevry and stanley Elien were eyewitness of all those things.

I used to get good grades for her subjects such as A, B+, B, but she always changes them to C, D-, F like Raoul Bonbon used to do. On the third quarter I get B, but some of the leadings and Raoul and Gislaine Bonbon forced her to give me D- to can prevent me to find appeal for the Mcas, my high school diploma and to participate in the ceremony of the graduation. On the forth quarter they forced hey to give me "F" for for the same reason. They made all the other students who would receive certificate to participate in the ceremony of the graduation except me. Instead of that, to can make me scare and prevent me to participate, they told me if I come in the ceremony of the graduation, I will be arrested. So, because of the word arrested they told me, I did not go.

Mr. Raoul and Gislaine Bonbon make everybody at Medford high hate me, students, headmaster, submasters, teachers as many other employees. There were more than 3000 students and more than 75 teachers and more than 30 other employees at Medford high, all of them became hate me because of those bad names like zinglindoo, robber, stealer, gang Raoul and Gislaine Bonbon used to call me and bother me and made them know of me and tell them to watch me in class, in the library and every where I go while I am in school.

When I go to the library, for them I don't really need to do research, to us computer, but I am looking for stealing. That is what all the leadings like Headmaster, submasters and students, teachers made all the employees at Medford high school library think of me.

For Mrs. Diane Guarino and the other students like Haitians, Brazilians, Indians and Chinese students, I was trying to keep or to steal the books and watching them to can go away with them. When the periods was over, all the students in her class spread that to all the other students, teachers they saw in each next periods. So, I would like the judge sends a letter to Ms. Diane Guarino to can come to answer some questions on the first day of the judgment and make her to give me all my grades back. Please.

Pierre Michel Cadet

Please send a letter to each of those guardians below to come to answer some questions because they were also witness and they used to follow me on the Headmaster and Submasters request. Each those guardians, the leadings and security officers always have a communication radio to can communicate to each other, to can say where I am, from my locker to the Cafeteria, from cafeteria to the Gym and to each class or next period I go.

Mr. Ron Disano  
Mr. Fredrick Tower } both are custodian at Medford high school

On day while I was eating in the cafeteria, Mr. Stephen Mascoll my first submaster was talking to them of me! He wanted to make them know me to can follow me as the security officers. They stand up between 15 and 20 meters of distance from where I was eating on the table. Mr. Stephen Mascoll tried to make them to recognize my face. Mr. Paul Krueger the Headmaster stood up next to Mr. Stephen Mascoll on the right and Mr. Ron Disano and Mr. Fredrick Tower stood up to his left. While they were talking of me, Ron Disano stretched his right hand and point his index finger on me to can know, make sure if really it is that guy Mr. Stephen Mascoll was talking about. So, all those two custodians have to come on the first day of the judgment to can answer some questions.

### Teachers witness

Mrs. Marc Daniel  
Mrs. Diane Guarino  
Mrs. Ami Boardman

I would like the judge sends a letter to each of those three teachers above to can come to answer some questions. Please!

### Witness

Ms. Lola Lombardo, my guidance councelor her presence is very important on the first day of the judgment, I would like the judge sends a letter to her too. Please!

### Interpreter

Mr. Pierre Vincent

I found his first name. The judge can send a letter to him now on Medford high school address.

Ms. Lola Lombardo was my guidance councelor. I would like the judge sends a letter to her too because one day I lodge complaint to her against Raoul and Gislaine Bonbon, but she sent me back to my Submaster.

<u>Ms. Marc Daniel</u>: she was my first English teacher from 2002 to 2003. she became my Mcas English teacher again from september 2004 to May 2005. she was the first teacher who became hate me after Raoul Bonbon and knew those bad names of me like zinglindoo, gang, robber, stealer, massissi by the Haitians students on Raoul Bonbon request. This means that Raoul Bonbon said to the Haitians students to tell those things to Ms. Marc Daniel of me. Her class door is exactly opposite Mr. Raoul Bonbon's door. It was her who had the sign "safe space" behind her door and became took it out because she heard some Haitians students' voices were talking about that in her class. Raoul Bonbon used to tell us if you see those two words "safe space" behind any American teacher's door at Medford high this means that he/she is an Homosexual. Begin opposite my door, Ms. Marc Daniel 's door, go up and go down all over the hall way to see if I lie to you.

<u>Mrs. Diane Guarino</u>: She was my English teacher from september 2004 to May 2005 On 2002, it was her who was the second teacher at Medford high who knew those bad names of me by the Haitians students and Mrs. Marc Daniel. Her class is next to Mrs. Marc Daniel's class. some days later, the Haitians students and those two teachers spread that to all the other students and teachers until everybody became know those bad names of me. above all gang, robber, zinglindoo, stealer.

So, I would like the judge sends a letter to each of them to can come to answer some questions on the first day of the judgment.
The custodians, teachers and the interpreter presence will be very important on the first day of the judgment like the Headmaster, Submasters, security officers and students to can come to answer some questions.

<u>Ms. Lola Lombardo</u> presence will be important on the first day of the judgment. she has to come to answer some questions too because it was a time when I saw I was so suffering from Raoul and Gislaine Bonbon and any leading did not give my complaint any importance. I went to tell Mrs. Lola Lombardo what Mr. Raoul and Gislaine keep doing to me, she told me, go see your submaster, I cannot do any thing for you, I am not your submaster.

First Name: Pierre    His home phone number is: 781-209-1970
Last Name: Vincent    Address: Medford high school, 489 Winthrop st, Medford MA 021

On day, on July 003, in a summer MCas course while I was walking in the hall way to go to the bathroom from the class where Mr. Raoul Bonbon was teaching us MCas Mathematics, I heard some feet's voices were walking behind me I turned my head around to can see who is this. As soon as I turned my head I saw Mr. Pierre Vincent and he told me everybody here already knows who you are. You don't need to look at the back. Do what you are going to do, zinglindo. If you keep watching people to steal, one day they will keep you. You would steal in Haiti, now you move to the united states you keep stealing. All bad things seem to you Cadet and you have many bad names. You are massissi, stealer, robber, zinglindoo. You are all bad things. So, because of those things he told me, I would like the judge sends a letter to him as to the Headmaster, Submasters, security officers, to the students, teachers and to the custodians without missing one to can come to answer some questions on the first day of the judgment. Please!

At the end, he told me, among all those names by which one of them would you like me to call you the most Cadet, robber, massissi, or zinglindoo.

He called me massissi because Raoul used to tell him how I used to talk against him each time when he said bad things against Homosexual.

He is a Haitian interpreter at Medford high and he is working in the Multi-cultural/ESL Department.

For Mr. Pierre Vincent, when I reached near where his office is and turned my head to can see who is walking behind me, he thought I was watching people to can steal. That is what Raoul and Gislaine Bonbon make every body at Medford high believes and thinks of me.

It was in this America's story class Raoul Bonbon began to harass me and did that in each next period I had course with him.

*America's story book* ← ←

*desks*

|  | desk 1 | desk 2 | desk 3 | desk 4 | desk 5 |
|---|---|---|---|---|---|
| 5 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 3 | Claudel Chevry | Charlenes Saintilus |  |  |  |
| 2 | Wilguens Clairsainvil |  |  |  |  |
| 1 | Pierre Michel Cadet | Philvie Daniel | Fabiola Jean |  | Bernadette Jean |

It was by these student all the other students, teachers, leadings became know those bad name of me

All those students are eye witness

on october 2002, many times Raoul Bonbon left his desk and went to take an America story book on a table in the back class to put on my desk and call me stealer, robber, zinglindoo and knock me

on January 2003, Raoul began to call me dirty gay and poking me many times with ruler, pencil, pen, folding paper to poking me

→ this is Mr. Raoul Bonbon's desk (draw, draw)

on october 2002, Gislaine came in Mr. Raoul's class. She took a book on Raoul desk and put on my desk to call me robber, stealer, zinglindoo. She did that to me two times.

I would like the judge accept to send letter to each of those students of the following because they were eye witness.

wilguens clairsainvil
claudel chevry
charlenes saintilus
Bernadette jean
Fabiola Jean
Philvie Daniel

Medford high school address
489 winthrop street
Medford MA 02155

shelna Blanc
christian Avignon
sybille Azor

Sandra Jean
Barbara Jean
stanley Elien

Polynice Keteline
Polynice Ketelène
Polynice Mirlaine

The judge can write those students on Medford high school address and the school will send the letter on their home address.

At last, if the judge becomes find I am wrong or my complaint is untrue, she can close her eyes and send me to jail and I don't have any problem with any kind of decision she wants to take against me if she find I am guilty.

Case Number: 10975-PBS

From: Pierre Michel Cadet

Please sends a letter to each of the persons below to come to answer some questions on the day of the judgment.

- Mrs. Diane Guarino
- Ms. Ami Boardman
- Ms. Marc Daniel
- Mr. Pierre Vincent
- Ms. Lola Lombardo
- Mr. Paul Krueger
- Mr. David Polcari
- Mr. Stephen Hascoll
- Mr. Daniel Ross
- Ms. Rosemary Trainor
- Mr. Ron DiSano
- Mr. Fredrick Tower

- Mr. Frank Howard
- Ms. Gail Bernstein

superintendent of school:
- Mr. Roy E. Belson

security officers:
- Mr. Ardel Callendar
- Mr. William Fargo
- Ms. Dawn Foley
- Mr. Bill Mazaka
- Mr. Jim Walker

So, I would like the judge send a letter to each of the security officers and to each students too to come to answer some questions on the first day of the judgment.

Pierre M. Cadet