UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PIERRE MICHAEL CADET
       Plaintiff

v.

RAOUL BONBON, et al.
       Defendant

CIVIL ACTION
NO.  05-10975-PBS

# O R D E R

DEIN, M. J.

The complaint in the above-entitled action was filed on May 4, 2005 and the time within which the plaintiff must effectuate service upon the defendant was extended to December 31, 2005.  As of this date there has been no return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

Accordingly, it is hereby ORDERED that, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 4.1(b), the above-entitled action will be dismissed without prejudice in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

                                      By the Court,

January 10, 2005                        /s/ Jolyne D'Ambrosio
Date                                      Deputy Clerk