From : Pierre Michel Cadet
To : Judge Judith Gail Dein
Date : 01/12/06

Case number : 10975-PBS

Dear Judge,

I supplicate you to accept this letter and still work on my case because it is not my false if you did not receive the letter you told me to write to can effectuate service of process on my case # 10975-PBS by no later than December 31, 2005. I gave a letter to Ms. Susan Jenness since on last December 15, 2005 and I told her to give it to you for me, Please! she told me oke, I will give it to her! After that I went home back.

In that letter, I asked you if you can accept to work on my case no. 10975-PBS in accordance with the Memorandum and order dated 10/11/05, Please! since I was sure you will receive the letter from her, I expected at 100% in the next letter, you will tell me what is going on, if you already sent the summons letter to them but it was different. It is another letter I did not ever expected, I receive that makes me sad a lot, because my case will be one year on the next four months since I filed it and any thing does not happen yet to can have an end in it.

I cannot wait to the day of the judgment happens but any way I have to wait, because it is you who have to decide about that. It is depended of the time period you foresee all the witness, leadings, teachers, security officers, my guidance counselor and custodians will receive their letter from you to can come to answer some questions when the summons time is over.

Some weeks later, after lodging my complaint to the court, I began to check some lawyers but most of them were not interested to my case. They told me to contact the Department of Education or Department of Discrimination. Some of them ask me money.

I would like you to write, both Raoul and Arlene Bonbon on Medford high school address: 489 Winthrop St, Medford MA 02155

By checking lawyers, I came to have appointment to some of them. I always gave them all the papers I have about my complaint first. While they were reading them, they asked me questions and take notes but when I gave them the letter Judge Saris B. Patti sent to me about the summons, they changed their mind and talked to me about money, I should pay them $400.000, $500.000 to can represente me. When I felt embarassed with it, I became remark, it is because of the summons they refuse to take my case and still ask me money. It was because of those things I thought to change it to another one, but every thing I explained to you in my complaint are true. If I did not ask to change the summons to another one, I would not so embarass with my complaint and you would already finish with it.

How can I ask you to send letter to all those people if my complaint was untrue. You will find more prove of it on the day of the judgment by the eye-witness, and the way the Headmaster, submasters, superintendent, my guidance counselor, guidance department director, security officers, teachers and custodians will answer your questions will make you discover if I lie or not. Raoul and Gislaine Bonbon make every body at Medford high school hate. Every body knows me by many bad and dirty names they used to call me and make people believe of me.

You don't need to ask them to pay any penalty. I am not interested to that, because money cannot repair my personality. My personality is too deteriorate and I lost it forever. I cannot buy it any where in the world. There is no way I can go in the world to repair it. So, both have to be condamned by death penalty. You don't need to think to any other sentence than that to them.

At last, I supplicate you to do me a last favor to work on my case no. 05-10975-PBS in accordance to the Memorandum and order dated 10/11/05. Please!

Sincerely,
Pierre Michel Cadet

Please write both Raoul and Gislaine Bonbon on Medford high school adress:
489 Winthrop st., Medford MA 02155