From: Pierre Michel Cadet
Date: 01/13/05

Case number: 10975-PBS

Dear sir / Madam

Yesterday 01/12/06, I gave the letter on the next page to a young lady in the clerk office. she is tall and thinn. I told her to give it to either Mr./Ms Jolyne D'Ambrosio or Mr. Thomas Quinn because Ms. Susan Jenness was not there. Before leaving, she asked to dial these four numbers 9040 and leave a message for Mr. Thomas so that he can know you left something for him here and I did that. After that she told me she is going to put it in Mr. Thomas' Mail Box and when he comes and receive it, he will give it to the judge. So, I write you this letter to can let you know that and make sure you receive them. I would like the judge let me know what's going on as soon as possible. Please!

I would like she write both Raoul and Ceslaine Bonbon on Medford high school address: 489 Winthrop street, Medford MA 02155. I would like she informs me when she sends that letter to them. I supplicate her to accept to send letter to all the leadings at Medford high school without missing one: Headmaster, submasters, superintendent, Guidance department director, my guidance counselor, custodians and teachers and students eye witness from 2002 to last May 2005, when the summons time is over to can come to answer some questions on the day of the judgment.

I wish she will accept to do me favor to still work on my case no. 10975-PBS in accordance with the Memorandum and order date 10/11/05 and when the summons time is over, I would like she let me know what is going on Please! I would like the judge accept this letter for me because Ms. susan was not there.

sincerely,
Pierre Michel Cadet

(22)