From: Pierre Michel Cadet
To: Honorable Judith Gail Dein
Date: 01/17/05

FILED
AT CLERKS OFFICE

2006 JAN 17 P 3:20

Case Number: 10975 PBS

Dear Judge,

The purpose of this letter is to tell you I completely misunderstood a "Proof of service of the summons and complaint" as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court. I thought it was you who would send the summons letter to the defendents as soon as the 120 days are over, but it was not that. I don't understood it at all. I did not know if it was me who was in charge to send the summons letter or paper to them. I misunderstood the service of process you told me to do on my case no. 10975-PDS in accordance with the Memorandum and order date 10/11/05.

I wrote you two letters already to ask you that with the Memorandum you have just read. I gave the first one to Ms. Susan Jenness on last DEC 15, 2005. Last week when I receive your letter I wrote another one and I gave it to a clerk to give it to either Ms. Susan Jenness, Mr. Thomas Quinn or Ms. Jolyne D'Ambrosio. She told me she is going to it in Mr. Thomas mail box because Ms. Susan was not here at the time I came.

Another thing I think to ask you to do for me is if you can do me a last favor to send to me two new summons letters or papers with new date on them because those judge saris sent to me was dated on last July 2005. I would prefere to use new paper summons to send to them. I thought it was the judge who would send the summons paper or letter to the defendent. I did not know if it was me who was in charge to do that. I completely misunderstood it. Please! I have difficulty to understand how I can do the proof of service of the summons. This is the base of my problem.

At last, you know I always confuse, I am going to check a lawyer to can help me and make me understand the Summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1 (b) of the Local Rules of this court better. So, before you dismiss my complaint, I would like you to give me more days to can find one to represente me Please!

Sincerely,

Pierre Cadet