AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

PIERRE MICHAEL CADET
         Plaintiff

V.

RAOUL BONBON, ET AL.,
         Defendants

**SUMMONS IN A CIVIL CASE**

CASE     C.A. 05-10975-PBS

TO: (Name and address of Defendant)

RAOUL BONBON

*Raoul Bonbon*
*Multi-cultural Department*
*Medford high school*
*489 winthrop street*
*Medford MA 02155*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PIERRE MICHAEL CADET, *PRO SE*

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON      1/31/06
CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/31/06 |
| NAME OF SERVER (PRINT)  Pierre Michel Cadet | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were  Mr. Frank Howard

☐ Returned _____

☐ Other (specify): I gave my complaint with two summons papers to Mr. Frank Howard the guidance Department Director

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

It was free, I did not pay

*Signature of Server*
Mr. Frank Howard
Guidance Department Director
Medford high school, 489 winthrop st. Medford MA 02155
*Address of Server*

Mr. Frank Howard and Mr. Daniel Ross did not want to sign it

2006 JAN 31 A 10:26
SCANMASTER
DANIEL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.