# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

PIERRE MICHEL CADET,

           Plaintiff

v.

RAOUL BONBON and
GISLAINE BONBON,

           Defendants

CIVIL ACTION NO. 05-10975-PBS

## DEFENDANTS' MOTION TO DISMISS
## FOR INSUFFICIENCY OF SERVICE OF PROCESS

Pursuant to Fed. R. Civ. P. 12(b)(5), the defendants Raoul and Gislaine Bonbon hereby move to dismiss this action for insufficiency of service of process. Neither of the plaintiff's two attempts to serve process on the defendants in this matter conforms to law. Consequently, this action should be dismissed. Further, in light of this Court's patience with this litigant, dismissal at this point is more than fair. Incorporated herein is the Defendants' Memorandum of Law In Support of Their Motion to Dismiss for Insufficiency of Service of Process.

Respectfully submitted,

DEFENDANTS
RAOUL BONBON and
GISLAINE BONBON

By their attorneys,


/s/ Michael J. Cedrone
Rebecca J. Wilson, BBO # 529980
Michael J. Cedrone, BBO # 657708
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110-3342
(617) 951-2100


## LOCAL RULE 7.1 CERTIFICATION

I, Michael J. Cedrone, counsel for the defendants in this matter, hereby certify that I have attempted in good faith to confer with the plaintiff in an effort to resolve or narrow the issues. At the time of filing, the plaintiff, who is pro se, had not returned my telephone call.


/s/ Michael J. Cedrone
Michael J. Cedrone

## CERTIFICATE OF SERVICE

I, Michael J. Cedrone, hereby certify that I have served a copy of the foregoing on the plaintiff in this matter on this ___ day of February, 2006.


/s/ Michael J. Cedrone
Michael J. Cedrone


PABOS2:MCEDRON:632599_1

9502-91704

2