UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIERRE MICHEL CADET,<br>            Plaintiff<br><br>v.<br><br>RAOUL BONBON and<br>GISLAINE BONBON,<br>            Defendants | CIVIL ACTION NO. 05-10975-PBS |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendants Raoul and Gislaine Bonbon in regards to the above matter.

                                                            Respectfully submitted,

                                                            DEFENDANTS

                                                            RAOUL BONBON and
                                                            GISLAINE BONBON

                                                            By their attorneys,

                                                            /s/ Rebecca J. Wilson
                                                            Rebecca J. Wilson, BBO # 529980
                                                            Michael J. Cedrone, BBO # 657708
                                                            Peabody & Arnold
                                                            30 Rowes Wharf
                                                            Boston, MA 02110-3342
                                                            (617) 951-2100

2

CERTIFICATE OF SERVICE

    I, Michael J. Cedrone, hereby certify that I have served a copy of the foregoing on the plaintiff in this matter on this ___ day of February, 2006.

                                                   /s/ Michael J. Cedrone
                                                 Michael J. Cedrone

PABOS2:MCEDRON:632796_1

9502-91704