From: Pierre Michel Cadet
To: Honorable Judith Gail Dein
Date: 2/21/06

Case number: 10975-PBS

Dear Judge,

The objective of this letter is to ask you if you can do me favor to make me find some one in the Court to can do the service of the summons for me, that would be great. I mean somebody who can accept to deliver my complaints either directly or indirectly to Raoul and Ghislaine Bonbon at Medford high school, address: 489 Winthrop St. Medford MA 02155. If there is something else that you think I have to do before acceptance of that request, I would like you to let me know. I am waiting for a positive answer from you, please!

One week after the delivery of my complaint, the Headmaster Mr. Paul Krueger sent the letter on the next page to me and tell me if one day I come back at Medford high, I will be arrested. Each of them has a copy of my complaint with a list of many students who were eyes witness who will have to come to answer some questions with their parents on the day of the judgment, and another list with all the leading and security officers' name on it. You know all of them are wrong. They remembered what they used to do to me. That is why they could not come to file a complaint against me and sent that letter to me.

sincerely,
Pierre M. Cadet

# Medford High School

489 Winthrop Street
Medford, Massachusetts 02155

•

**Office of the Submaster**
**DAVID POLCARI**

Telephone: 781-393-2223
Fax: 781-395-1468

February 6, 2006

Pierre Michel Cadet
50 Bower Street
Apartment # 1
Medford, MA 02155

Dear Mr. Cadet,

Please be informed that since you are no longer a student in the Medford Public Schools, your presence at **any school** will not be allowed unless you have legitimate school business.

If you have legitimate school business, you should first call the Main Office of the school you would like to visit and schedule an appointment. If you are granted an appointment at Medford High School, you must sign in at the front desk and report to the Main Office. In all other schools go directly to the Main Office of that school. At that time, a telephone call will be placed to verify your reason for visiting the school.

If you are found without an appointment within any building or on school grounds, **you will be considered to be trespassing and appropriate legal action will be taken.**

Sincerely,

*David Polcari*
David Polcari
Submaster

DP: kj

cc:   Dr. Paul Krueger, Headmaster
      Officer William Fargo, Medford Police Department
      William Mazaka, MHS Security
      Mrs. Lola Lombardo
      Ms. Gislhaine BonBon
      Mr. Raoul BonBon

CERTIFIED MAIL: 7002 2410 0005 7593 3417