From : Herve Michel Cadet
To   : Honorable Judith Gail Dein
Date : 2/27/06

Case number: 10975-PBS

Dear Judge,

I think to write this letter to supplicate you to accept these waiver forms of service of summons I just filed today because the way I did it before was not acceptable according to the Federal Rule of Civil Procedure. I would like you to make me find somebody in the court to can bring my complaints directly (in person) to Raoul and Gislaine Bonbon or indirectly (give them to one of the leading to give to them) at Medford high school.

Moreover, if you want you can even make that person to bring them directly to their home address:

① Raoul Bonbon's home address is:
12 Parker Ave
Lynn, MA 01902        phone # : 781-581-2969

② Gislaine Bonbon's home address is:
29 Lincoln street
Lynn, MA 01902
phone # : 781-477-9179

Again, I left my complaint with Ms. Susan Jenness to give to you for my reccord and Gislaine, Raoul Bonbon's reccord with two summons forms, a letter seven pages, all my three report cards (sophomore, junior, senior) and many other pages such as: one with some bad names Raoul used to call the Haitian students girls, one with all the subjects he used to teach me, one to follow the way to send letter to the parents gardians of each student on Hedford high school address and another one in which he first began to harass me, go get an America's story book in the back of his class (on a table) to come to put on my desk and call me, all kind of bad names such as: robber, stealer, massisse sale etc, knock and pocking me. This means that, both have to come with all those papers to file a complaint against me with the clerk to prove my complaint is untrue.

When you receive the return service of the summons that will be delevered to them either directly at Hedford high school or to their house, I would like you to type those information on computer, identify each paper like I just did and tell them you are waiting for an answer from them with all of them without missing one.

All the leading at Hedford high and security officers keep watching my complaint on complaint to can know what is going on. They cannot wait for its dismissal because all of them are wrong and already foresee what decision you are going to take against them when you finish to find prove of it.

At last, it was exactly those papers I gave to Mr. Frank Howard to give to each of them.


Pierre H. Cadet