From : Pierre Michel Cadet

To : Honorable Judith Gail Dein

Date : 2/27/06

Case number: 10975 - PBS

Dear Judge,

It was all these papers I sent to Mr. Michael Cedrone, Raoul and Oslane Bonbon's lawyer. So, he have to come with all of them without missing one to file his complaint against me. It was all them too I gave to Mr. Frank Howard, the guidance Department Director to give to each of them.

sincerely,
Pierre Michel Cadet

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

PIERRE MICHAEL CADET
                    Plaintiff

            V.

RAOUL BONBON, ET AL.,
                    Defendants

**SUMMONS IN A CIVIL CASE**

CASE        C.A. 05-10975-PBS

**TO:** (Name and address of Defendant)
*Home address:*

**RAOUL BONBON**

Raoul Bonbon
19 Parker Ave
Lynn, MA 01902
phone: 781-581-2969

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**PIERRE MICHAEL CADET,** *PRO SE*

50 Bower st. APT 1
Medford MA 02155

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ 20\* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH ALLISON THORNTON**
CLERK

2/27/06
DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

PIERRE MICHAEL CADET
          Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

RAOUL BONBON, ET AL.,
          Defendants

**CASE**      **C.A. 05-10975-PBS**

**TO:** (Name and address of Defendant)

Home address :

**GISLAINE BONBON**

Gislaine Bonbon
29 Lincoln street
Lynn, MA 01902
Phone : 781- 477- 9179

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**PIERRE MICHAEL CADET**, *PRO SE*

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ **20\*** _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within
a reasonable period of time after service.

**SARAH ALLISON THORNTON**

**CLERK**

**(By) DEPUTY CLERK**

**DATE**

United States District Court

District of Massachusetts

Plaintiff's Name : Pierre Michel Cadet

Defendants' Name: Mr. Raoul and Gislaine Bonbon

1- I Pierre Michel Cadet is the plaintiff. I am living on 50 Bower street APT 1, Medford MA 02155. I am a Haitian student at Medford high.

2- The defendant Raoul Bonbon is a Haitian teacher at Medford high school. He is a resident of Lynn MA and a citizen of Haiti

3- The defendant Gislaine Bonbon secretary at Medford high school is a resident of Lynn and a citizen of Haiti.

4-                          Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. 1331

5- I came from Haïti on Auguste 24, 2002 and I entered at Medford high school as a sophomore student on September 2, the same year. It was all the time he was talking about his powerful, authority he has at Medford high. He made us know, the department of education give him power above all the leading there and he can put any of us out of school anytime he wants. In addition, any of them cannot prevent him to do that because he is superior them, has more knowledge than they do, and more experience than the Head master. He is the best mathematic teacher at Medford high, and he can teach all of his colleagues mathematic.

He has been teaching there for 19 years. He is not afraid any thing. Any bad thing cannot happen to him. He is one of the leading and he has more power than the others do. Mr. Paul H. Krueger, the Head master is a just come, even him cannot prevent me to put you out here, and cannot take you back to school if I put you out, (says: Mr. Raouel Bonbon, a Haitain teacher). He does not take the Head master for nothing he is talking about his authority to can make the Haitian students trust and scare him.

He told us he used to talk that way since the first year he began to work there to this year 2005, and never changes. This is a pride for him to talk like that, to make the Haitians students know he has powerful, and above all of his colleague. He used to tell us it was him who came with the bilingual program at Medford high school. Since last year, on 2003 the bilingual program was over. He should not suppose to speak any other language than English, but still this month sometimes, he speaks Creole to the Haitian students.

On 2002, in a period in which all the Haitian students were new and just come from Haïti, while he was talking about his powerful, his knowledge, such as: he is above all the leadings at Medford high school, he is more impatant than them. He told us even if you see the American teachers act like a wise, have good character, smile to you, do not think they are important because most of

I would like the Federal Court sends a letter to both Raoul Bonbon the teacher and his sister Gislaine Bonbon secretary at Medford high school. Medford high is a Public school.

On 2000 and 2003, Raoul Bonbon teached me Algebra I, a writting course in which he used to show us how to do essay in Creole on America's story.

From 2003 to 2004, he teached me Geometry and a support course for help.

From 2004 to 2005, he teached me only Algebra II.

I always get good grades for those subjects, but you know because he hate me he still change them to a lower grade and give a higher grade to some students he like. I am going to learn mining engineer and I need those grades back. Do the best you can for me Please!

Both Raoul and Gislaine have to pay a great penal and go to jail for all bad things they did to me like bothering me gay, dirty gay, deep botock, empty ass and discrimination about grades, touching me with pencil, ruler, pen, folding paper.

From 2002 to 2003

Algebra I ———> A change in B, C
America's story ———> A change in B$^+$
writing course ———> A$^+$ change in B$^+$

From 2003 to 2004
Geometry ———> A, B$^+$ change in D$^-$
support ———> A   change in C

From 2004 to 2005
Algebra II ———> I used to get A, B$^+$ he change them in
C$^+$, B$^-$

I would like you to make me find all my grades back and
make him to pay a great Kernel for each and I send her
fail because he call stealer, robber, zinglindoo, put book on m
to bother me, touching me to call me massissi with pencil p
Please!

Sencerely,

Pierre Michel Cadet

I would like you to send a letter to both Gislaine and Raoul Bonbon on Medford high school adress: 489 winthrop street, Medford MA 02155

Pierre Michel Cadet

| From | : | Pierre Michel Cadet |
|------|---|---------------------|
| To | : | Mr… |
| Subject | : | Discrimination and bothering |
| Date | : | 04/22/05 |

Dear …,

After a long time of suffering, I decide to write you this letter to explain to you some ill-treatment I used to receive from a Haitian teacher, and his sister, secretary at Medford high. His name is Mr. Raoul Bonbon, and his sister names Gislaine Bonbon. I came from Haiti since on Auguste 24, 2002 and I entered at Medford high school as a sophomore student on September 2, the same year. It was all the time he was talking about his powerful, authority he has at Medford high. He made us know, the department of education give him power above all the leading there and he can put any of us out of school any time he wants. In addition, any of them cannot prevent him to do that because he is superior them, has more knowledge than they do, and more experience than the Head master. He is the best Mathematic teacher at Medford high, and he can teach all of his colleagues Mathematic.

He has been teaching there for 19 years. He is not afraid any thing. Any bad thing cannot happen to him. He is one of the leading and he has more power than the others do. Mr. Paul H. Krueger, the Head master is a just come, even him cannot prevent me to put you out here, and cannot take you back to school if I put you out, (say; Raoul Bonbon). He does not take the Head master for nothing when he is talking about his authority to can make the Haitian students trust and scare him.

He told us he used to talk that way since the first year he began to work there to this year, and never changes. This is a pride for him to talk like that, to make the Haitians students know he has powerful, and above all of his colleagues. He used to tell us it was him who came with the bilingual program at Medford high school. Since last year, on 2003 the bilingual program was over. He should not suppose to speak any other language than English, but still this month sometimes, he speaks Creole to the Haitian students. He never talks like that to the other students in his class such as: Chinese, Brazilian, and Indian.

He told us he does not ever accept American student in his class. Each year, when he sees an American student name on the list of student they send to him, he goes back in his guidance counselor's office, and asks with arrogance to take the American student name out from the list. The guidance counselor cannot refuse to do that because they scare him when he talks. They cannot resist to him. He never agrees them to stay in his class. That is what he used to say. Only for one or two days, after that he makes their guidance counselor change their schedule. He told us that many times, and each year, but he never teaches Americans students really, only immigrant students. He told that to make us to be afraid and believe him when he is talking.

The first reason he is talking to the Haitian kids that way, is that most of them are just come from Haiti. They do not speak English well. Still to day, they are afraid him.

They do not know any thing about the law in United States. They believe and think he can put them out as he used to say.

The second reason is that they feel bad to talk about that to their Sub master and the Head master. That is why he keeps doing the same thing without getting discouraged. He is used to talk very hard with us to can make us scare him.

He told us he used to put many Haitians students out of school. As soon as he put them out, they always come back and kneel down to ask him a last chance. They always supplicate him to accept them to come back to school. They used to say at the moment they kneel down in front of him: Do not do that Mr. Bonbon, do not do that Mr. Bonbon, don't do that Mr. Bonbon, give me a last chance! Do them a last favor! Do not hear Satan's voice! Accept them for a last time: God will give it back to you in return! Please Mr. Bonbon! When they supplicated him to take them back to school, he never gave them any importance. He did not hear what they say. He did not ever exorcize their prayer. He just pressed a stub upper right behind his desk and call Police security to push their back and bring them out. Moreover, the Police always arrested them, and put them out of school on his request. That is what he is used to say about the first Haitians students graduated before us.

Sometimes, when he is talking hard to the Haitians students' girls, some of them cry. Some of them are suffering in his class for the way he used to plague them to make them fell he is a teacher important and irrevocable because he has been teaching there for 19 years. If he puts us out of school any person cannot bring us back. He used to tell us if we want to fight him, he does not have any problem with that and does not scare us either. We can tell him where he has to meet us to can fight. On that day he will come with his red car, a baseball bat, a firearm to can beat and kill us, and if he does not want to come, he can sand a group of gangs in his place. Moreover, he can pay and make a group of gangs to kidnap us while we are walking on the street, going to school, and while we are getting out to school. He used to tell that to make us scare him, and think really he is some thing. If he was in Haiti he would not take, chance to say that. He would be already dead. It is because he knows the Haitian students do not know any thing about the school law in the United States. That is why he keeps doing that to make us scare him and believe he has power to put any of us out school.

On 2002, in a period in which all the Haitian students were new and just come from Haiti, while he was talking about his powerful, his knowledge, such as, he is above all the leadings at Medford high school, he is more important than them. He told us even if you see the American teachers act like a wise, have good character, smile to you, do not think they are important because most of them are " **HOMOSEXUAL**". If you see those two words **"SAFE SPACE"** behind an American teacher's door or an immigrant teacher's door at Medford high, this means that he is a homosexual. This is a sign to make all the student gays and lesbians know this teacher is a homosexual. Do not worry about any thing, be relaxed, and make your self at home! You can address those teachers any time you want, to ask them their telephone number, their address, their web side to can take an appointment, and fall in love with them. He forced us to believe that and wrote them on the blackboard to be sure all the Haitians kids know and understand what he was talking. At the same time he say: as soon as the belt rings, begin from across my door, take a look in each door all over the hallway to see if I lie to you. It was on 2002 at the end of November he told us that, and he is still doing the same thing each year, until

this year 2005. He never changes. When they come to ask him if they can put this sign behind his door, he answered: What! What do you say? Do not you know who you are? Am I your friend? Get out in front of me. He run behind the people who came to ask him if they can put that sign in the back of his door, and say: Do not ever take chance to come asking me those kind of things any more. Still last quarter past, he was doing that. He always does that to can show the Haitian students he is more important than his colleagues.

Another day, he told us, there was a time, the Headmaster; Mr. Paul Krueger was walking in the hallway. His class's door was open. He remarked the Headmaster was staying in front of his door to look in his class how he is teaching the Haitian students. He walked to meet him and say: What are you doing here? Did you need someone? Get out in front of my door. After that, he closed the door in Mr. Paul Krueger's face and go back to work after. He told us that many times to can prove us he is more important than the Headmaster, and has more power and make us scare him. He does not have any respect for the leadings, and the Haitian students do not feel good to tell them how Raoul Bonbon is used to say those things either. He always talks with haughtiness, since he first began to work there, still today. This year makes him 21years since he has been teaching at Medford high. Medford high is a Public school located in Medford, on Winthrop Street 489, Medford MA, 02155.

## HERE ALL BOTHERING, AND DISCRIMINATION I USED TO RECEIVE FROM HIM AND HIS SISTER, FROM 2002 TO 2005 AND THE REASONS THAT, I WILL GO IN COURT WITH THEM

On October 2002, he began to act against me, like some one he wants to fight with. He said to me more than 20 times: Pierre Michel Cadet you are a stealer, stealer, stealer, stealer. You are a zinglindoo, evildoer, assassin, and killer, killer; violenter, violenter. Now and then, he used those bad names to bothering me, each week almost every day without stopping. Zinglindoo means in English some one who uses to enter in neighborhood house, violate and kill everybody and take their money. He told me I used to practice those kinds of things when I was in Haiti. I am one of the President Jean Bertrand Aristide enemies. I was a gang. I was in Haitian Army, and used to kill people who liked President Aristide. I used to rape girls, and little kids. Sometimes he used his Mathematics book to put on my desk and keep calling me stealer.

On 2002, sometimes, he took a lot of times to talk in Creole about politic in Haiti, and he likes President Jean Bertrand Aristide and agrees with all bad things he used to practice in Haiti. When he is talking like that, I always told him Aristide is a lier, bluffer. All the time he is making the Haitian people promise without ever doing any thing. In addition, I used to tell him he does not have power above any directing and to put us out here. You are only a teacher, any thing else. He talked a way to make us feel he is one of the leading at Medford high, and all of his colleagues come after him. That is why he became detest me and began calling me stealer, criminal Tonton Makout, Zinglendoo now and then to make me and all other Haitian students to scare and believe he has powerful. From October 2002 to last March 2005 was the worse moment I have ever been of my live since I was born. I do not ever see a teacher like him.

You know each year there are some subjects many students do not understand and always want to change them to another one easier than the first one because they are already remarked they cannot pass it, and they do not want to repeat it next year. I had this problem each year, from 2002 to 2005. Each time, I tried to change my schedule, both; Raoul and Gislaine Bonbon used to bothering me by telling, I used to commit robbery when I was in Haiti. They mean I used to steal cars, money, televisions, computers, and many other things from person or places, by using force, threats or violence. I was a member of a group gang in Haiti. Do not think I can come to do those things here! They told me I do not need to change schedule, but I am watching people to can steal. I am watching when there is no body around, insight to robe the school. This is one of the first reason they began to call me stealer, house robber, assassin. zinglindoo.

Some days later, on the same month, October 2002, he used another technical to act against me. He worked from his desk and came to take an America's story book on a table in the back class and came to put it on my desk and keep calling me the same way: Pierre Michel Cadet you are a stealer, you are a stealer, zinglindoo, assassin, brigand, gang without stopping. You are a big robber. United States is not the same thing like Haiti. Do not think you can rob the school as you used to do in Haiti Such as: take computer, cars, books, television to go sell some where else. On October 2002, he did that to me more than nine times. Sometimes, As soon as he put the book on my desk, he knocked my back, touched my armpit, and kept poking me with a pencil by saying: You are a stealer, a robber, zinglindoo. I was scared him and I did not speak English either. I did not know any thing about the laws. Another day he sat down behind his desk and look at me for a long time and say: "Your mother and you are two stealers".

One day, in the beginning of October 2002, while I was walking in the hallway to can go to another class, Gislaine met with me and told me she wanted to talk to me, and ask me to come to her office. When I reached, she asked me where is the dictionary you took yesterday on my desk. I answered her I did not come here yesterday. It was not me, ask another student. She was persisting by asking me for the dictionary. She told me she saw me in a **CAMERA** while I was taking it on her desk. She lost two books already. It was me who took them. She cannot leave this one to me. I have to give it back to her now or I am going out of school, and never come back. Some minutes later, she told me you are a robber, a stealer. Get out here! Do not ever come to look for lunch ticket here any more. She was in charge to give students lunch ticket each week. That is why she told me do not return in front of her office to get lunch ticket. It was the first reason they began to call me stealer, robber, zinglindoo. Some days later, almost each time she saw me, she stretched her hand over me by calling me stealer, robber, zinglindoo. She used to say: block the stealer, keep the robber, here the stealer. Pierre robs my office. He stole a big dictionary on my desk.

Both Gislaine and Raoul Bonbon make every body at Medford high detest me. They let all the teachers, leadings and students know Pierre Cadet is a stealer. They have to watch him everywhere he is going.

On January 2003, Mr. Raoul used another name to continue to bother me. He kept calling me " **MASSISSI SAL**" without stopping. The word **massissi** means gay in English, and **sal** means dirty. He called me, Pierre Cadet: dirty massissi, deck sucker, empty ass. Why are you a gay? He told me that because sometimes when I stand up talking I used to put my hand on my ribs. He told me I act like a girl. I talk like a girl. I

walk like a girl. How many boy friends did you have when you were in Haiti? Two days later, he used the same rhythm to call me gay in my language. He folded a flexible book and knocked my head with it times. He stretched his hand on me and said: Here the massissi, here Pierre Cadet the massissi, the sucker deck, the dirty gay. Almost each month and week, he was annoying me like that. Sometimes, he folded paper, used pencil, ruler, and pen, to touch and knock me. When he touched me he was always laughing what he told me like someone he is playing with. He used to show me his middle finger to bother me.

Sometimes, when he talks about his powerful, his knowledge, and his superiority above all the leading at Medford high, he always talks against homosexual. He used to say he does not know why God does not kill those kinds of people yet, as he did to **Sodom** and **Gomorrah.** He cannot wait to some thing like that happen to them. He cannot see them. He does not ever want to talk to them. He does not need any of his colleagues for friend. When they invite him in meeting in the little theater, he never wants to seat next to them. He always seat apart on a chair near a wall in the room. Be gay means be all bad and dirty things in the world, like trash, poop and all other bad things that smell bad. This is the last worse thing you can do when you are kissing someone the same sex with you.

Be careful when you make friends because they are homosexual everywhere here. Almost each house here has one or two homosexual at least in it. Be careful, they can rape you when you go in their house. That is the way they used to do. That is why they are so many homosexual in the United States. You have to look for knowing who is the person you want to be your friend. You do not know who is exactly the homosexual, because here, you walk only on gays and lesbians. On that day he became hate me the most than before, because I told him God created us with our volunteer. We can make any choice we want. Be homosexual does not means any bad things as you think it is. This is a choice; some body makes to relax him better. You do not suppose to talk that way. Not anyone can leave it to some thing else, because this is a belief. That is one of the reasons he never stopped calling me massissi, deck soccer because of my sexual orientation. He gave me many problems for that, and makes all the students hate me. He told us he used to talk with arrogances since he first began to work there. He does that every year, and almost in each quarter, never changes. It was on January 2003, while he was talking about that, I gave him the answer you have just read.

Another day on October 2002, he stayed in front of his desk, he put his right hand up and say: very so often I am not mistaken, Young boy, and continued to say, Pierre Cadet is a stealer, he is a stealer, this is a stealer, he is a robber. On that day, Gislaine and Raoul Bonbon planed to bothering me together in his class. She came and took a book on her brother's desk and come to put it on my desk by calling me stealer, and massissi. She touched my ribs with a pencil two times and knocked my head. She stretched her hand over me, and said: here the zinglindoo, here the stealer, the dirty gay, and here the robber. You commit robbery many times in your life Pierre. You do not have any idea to change schedule, but you are watching when there is no body around, insight to can rob the school. She did that to me two times in Mr. Raoul's class. On the same month Raoul Bonbon sent chalks on me five times while he was writing on the chalkboard, and say: you are a stealer, a robber, zinglindoo, massissi sal.

In the middle of November 2003, he walked fast all over the classroom, with speed, from his desk to mine. He pushed chair to the left as to the right, and said: Help me, help me, help me to keep the stealer, help me to keep Pierre Cadet! Block him, block him, Block Pierre Cadet, and block Pierre Cadet! Keep the stealer, keep the stealer, and keep the stealer. While he reached next to me, he dope slapped me with a plastic ruler (on my back neck). He stretched his hand over me and said: Here the stealer, here the stealer, here stealer, here the stealer, here the stealer, here the stealer, keep the stealer, keep the stealer, keep Pierre Cadet, block Pierre Cadet! He kept to bothering me last year from November 2003 to May 2004, almost each week. Sometimes, when he 'finishes to teach something I used to put my head down on my desk. He always profit by that to hit me, such as: with pencil, pen, etc and says: wake up massissi! You cannot sleep here. The gay of gays, you are not at home. You are a dirty gay.

Gislaine Bonbon, the secretary at Medford high used to tell us the same thing her brother use to say about **"SAFE SPACE".** In addition, sometimes when we fall in trouble to another student, she told us her brother can put us out of school. On day I told her you brother is nothing here. He is only a teacher and he makes me know he will put me out of school. She answered me get out in front of dead dog, robber. From 2002 and 2004, many times she saw me, she walked to come to meet me and always stretched her hand over me to bothering me by calling me stealer the same way his brother used to do in Creole. Keep the stealer, keep Pierre Cadet, he is a stealer! Help me; help me to keep Pierre Cadet. Here the stealer, here the zinglindoo, here Pierre Cadet, help me to keep him! Pierre is a massissi. They make everyone at Medford High hate me and tell them to watch me.

He told us I am not the first student he calls stealer, zinglindoo, dirty massissi, and evildoer, murdering. He used to call many Haitian students by those names before me. You do not need to do any thing to him to bothering you and give you bad name, like: zinglindo, massissi, stealer, murderous, etc. He just look at your face and call you by those name, to can see if you will promise him the death by Voodoo. He like that, and always expect that from us.

To show me really he had powerful. In each quarter, and almost in all subjects he teaches me, he takes some grades off. I always got good grade like A, A+, but he is still changing them to a lower grade, a very different grade. He gave a higher grade to another student who do not had any qualification for that, such as: Wilguens Clairsanvil, Charlernes Saintilus, and cendy Metellus. He told us what grade each student get in each quarter, before we give report card. However, after that, he changed them. From 2002 and 2003, he teached me Algebra 1, America's story, and a course that he changed and replaced by another one called " **Language", or (writing course),** where he used to teach us how to do essay in Creole. From 2003 and 2004, he did teach me Geometry, and a support course, and for this school year 2004-2005 only Algebra 2. When I talked to him about that he told me, he does that because of mouth, and if he wants to give me " **F** " any directing cannot make him change it, even if my parents come to ask to change it he would never do it either. Since I used to tell him, he does not have power to put us out of school. You are nothing here. They hired you here only to teach. Why do you like talking this way to make us believe you are some thing here? President Jean Bertrand Aristide is a bluffer. He never keeps his promise. He is still lying to the Haitian people, without doing any thing. That is why he became detest me make me suffer like that. I

would like you to help me to find those grades back, make him to pay a great almond for each, and send him to jail for the all-bad names he gave to me.

In addition, in the beginning of the school year 2004 and 2005, I did not have course with him. I had Pre-Calculus and Algebra with an American teacher. His name is Mr. Delano. As in my first schedule, I had music courses (guitar, keyboard, drum); my guidance counselor canceled them and added an Italian course in their place. On the same day, I was looking for to have the music courses back, but I don't ever had chance to get them. I talk to my guidance concelor about that, she promised me she would give them back to me, but instead of that she became confuse and did a bad change in my schedule. She add French 2 instead of Pre-Calculus and sent me back in Mr. Raoul Bonbon' class instead of Mr. Delano for Algebra 2. I was very surprise on that day. I did not want to go in Mr. Bonbon's class.

Because I do not want to go in his class, he made me lost six school days by asking my sub master to send me home back. When I saw that I was looking for to have the old schedule back, he prevent my guidance to do it for me. As I saw that, I give up and I entered in his class on October 14, 2004. As soon as, I entered and seat down in his class he asked me: Why do you come here? What is wrong with you? you do not know you do not suppose to be in my class. I am going to ask you guidance counselor to give you another teacher for Algebra 2 class. I do not want you to stay in my class. I cannot see you in front of me.

Two weeks later, in the beginning of November, he began to bother me the same way he used to do that before and on the same rhythm. By saying and walking around the class: "Block him, block him, block Pierre Michel Cadet, block the stealer. block the zinglindoo, block the massissi, help me to keep Pierre Cadet, the stealer, block the murdering. After that he came to stand up next to me and touched my rib with a ruler, and say by stretching his hand over me: here the stealer, here the stealer, keep the stealer, keep the stealer, here stealer, here the murderous, here the dirty massissi, here the zinglindoo. I explain this part to you just because I did want to show you all the steps I traverse to fall in the same problem.

I am going to learn mining engineer next year, I would like you to make me find those grades back for all the subjects he teaches me, and make him to pay a great kernel for each. For Algebra 1, from the first to the forth quarter, between 2002 and 2003, I got A in each. For a **support course** that he transformed by a **"Language Course" or Writing course** in which he used to show the Haitian students how to do essay in Creole, I got only A+ for all the four quarters. For America's story I used to get only A. Moreover, for another support course between 2003 and 2004, I used to get A, A, after that he changed them in C. Each quarter, before they give report card, he used to tell us what grade we get, but when I receive mine, I see a very different grade in it.

By December 2004, Gislaine Bonbon make us know last year she did not see those kind of things next to her office. Now she sees all the people who is around her office has this sign **"SAFE SPACE"** in the back of their door. She cannot see them when they go up and down in front of her office. You know the director of Multi-Cultural/ ESL was retired last year. They replace her by another woman this year. That is why she told us that. She is the secretary of that woman now, and the office of the new bilingual director is next to hers.

I would like you to send a letter to each of them, Mr. Raoul and Gislaine Bonbon on Medford high school address:489 Winthrop Street, Medford MA 02155.

There are more than 3000 students at Medford high school, more than 75 teachers, and more than 25 other employees, all of them know those bad names of me because of the way Raoul and Gislaine Bonbon used to call. They make me regret to come to the United States.

Pierre Michel Cadet

Here all the subjects Raoul bonbon used to teach me from
September 2002 to May 2005


From September 2002 to Jun 2003

Algebra I
America's story
Support, he changed it in a language course and he used
to show us how to do essay in it in Creole


From September 2003 to Jun 2004

Geometry
Support

Since on Jun 2003, the bilingual program was over, he
should not teach in Creole, but he keep teaching in both
language, Creole and English


From September 2004 to May 2005

Algebra II only

It was in the American story class Raoul Bonbon began to harass me and did that in each next period I had course with him.

America's story books

5

4

desk

3  | Claudel Chevry | Charlenes Saintilus
2  | wilguens clairsainvil
—  | Pierre Michel Cadet | Philvie Daniel | Fabiola Jean | | Bernadette Jean

desk 1    desk 2    desk 3    desk 4    desk 5

All those students are eye witness

on october 2002, many times Raoul Bonbon left his desk and went to take an America story book on a table in the back class to put on my desk and call me stealer, robber, zenglindeo and knock me

on January 2003, Raoul began to call me dirty gay and [poke] me many times with ruler, pencil, pen, folding paper to poking me my ribs, my armpit

→ this is Mr. Raoul Bonbon's desk

draw   draw

on october 2002, Gislaine came in Mr. Raoul's class. she took a book on Raoul desk and put on my desk to call me robber, stealer zinglindeo. she did that to me Two times.



**Here how I would like you to send letter to each of those students of the following:**

Wilguens Clairsainvil, Claudel Chevry, Philvie Daniel, Fabiola Jean, and Charlenes Saintilus

Examples:
United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

> To the Parents Gardian of:
> Wilguens Clairsainvil
> Medford High School
> 489 Winthrop Street
> Medford, MA 02155

---

United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

> To the parents Guardian of:
> Claudel Chevry
> Medford High School
> 489 Winthrop Street
> Medford. MA 02155

---

United States District Court
1 CourtHouse way, Suite 2300
Office of the Clerk
Boston, MA 02210

> To the parents guardian of:
> Philvie Daniel
> Medford High School
> 489 Winthrop Street
> Medford, MA 02155

---

United States District Court
.................................
.................................
.................................

> To the parents guardian of:
> .................................
> .................................
> .................................

# Here some bad names Raoul Bonbon used to call the Haitian students girls

Ti Manzè

Ti Kelkonk

Sintwaniz

Sometimes, some of the Haitians students girls cried when Raoul Bonbon used those names to bother them, especially when he argue with them to make them scare him

All the entires leading at Medford school will have to Come to can answer some questions on the day of the judgment. Head master, submasters, superintendent, two Custodians, all the guidance counselors, Security officers, teachers and students. All the students will have to come with their parents to can come to say if I lie or not.

Sophomore

**Medford High School**
B206 2004 Lomb 2 198212250

DATE: 07/07/03

Cadet, Pierre Miche
Carmelle Conde
50 Bower Street
Medford, MA  02155

| Course Description Teacher | | Q1 | Q2 | Q3 | Q4 | FV | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESL A 2p std 9-12 | 480A-01 /0 YR | C+ | B- | C+ | B- | C | | | | | | Participates in class discussion |
| McDaniel, S | | | | | | | | | | | | Student not working to potential |
| TBE S Hai 9-12 std | 491-01 \ YR | A | A- | B+ | B- | B- | | | | | | |
| Bonbon, R | | | | | | | | | | | | Homework often done carelessly |
| TBE C Hai 9-12 std | 493-02 YR | A | B | C | C+ | C+ | | | | | | Student not working to potential |
| Bonbon, R | | | | | | | | | | | | |
| TBE Sup Hai 6x | 499-01 YR | A- | A- | A- | B+ | B+ | | | | | | Has ability to do better |
| Bonbon, R | | | | | | | | | | | | |
| Guidance 11 1xY | 693-07 / YR | S | S | S | S | | | | | | | Working Counselor-Essonline Grade Unprepared for class |
| LaMP, J | | | | | | | | | | | | |
| Basic Art 2xY 9-12 | 718-06 2 YR | C- | C- | C- | B- | B- | | | | | | |
| Fowler, C | | | | | | | | | | | | |
| Fitness std 1xY | 905-08 YR | U | U | U | S | S | | | | | | |
| Ryder, R | | | | | | | | | | | | |
| Health 11 2xY std | 915-08 2 YR | C+ | S | S | S | S | | | | | | |
| Borges | | | | | | | | | | | | |

| DAYS | Q1 | Q2 | Q3 | Q4 | | TOTAL |
|---|---|---|---|---|---|---|
| ABSENT | 1.0 | 0.0 | 4.0 | 5.0 | | 10.00 |
| TARDY | 3 | 6 | 2 | 5 | | 16 |
| DISMISSED | 0 | 0 | 0 | 0 | | 0 |

CLASS RANK:135/295
Career GPA:  2.6612        CAREER CREDITS: 52.500

Class rank, which is noted to the left, is an approximation. For more information, please see pages 47-48 in the 2002-2003 MHS Student Handbook.
Questions about Report Cards should be raised with counselors next fall.

# Medford High School

C303 2005 Bruce, P. 198212250

DATE: 06/30/04

Cadet, Pierre Miche
Carmelle Conde
50 Bower Street
Medford, MA 02155

| Course Description / Teacher | | Q1 | Q2 | Q3 | Q4 | FV | Comments |
|---|---|---|---|---|---|---|---|
| V Prod I 2xY 9-12 | 081-16 YR B | | + | B | C | | A pleasure to have in class |
| V Notes ... | | | | | | | |
| US Hist (ESL) 11 | 133-01 YR D- | | | C- | D+ | | Work and effort are improving |
| English ... | | | | E | | | ... |
| Chem FSL std | 332-01 YR C+ | | i- | C- | C- | | |
| ... | | | | | | | |
| ELL Inter 2per ELL | 473B-01 YR | i+ | i- | C-- | C- | | Demonstrates creativity |
| Biology ... | | | | | | | |
| Geometry SEI | 404-01 YR D- | i- | i- | D- | D- | A | Poor Effort |
| Math ... | | | | | | | |
| Support Hal SEI 2x | 494B-01 YR | i- | i- | D- | D- | A | Poor Effort |
| Support ... | | | | | | | |
| Support Hal SEI 4x | 494D-01 YR C+ | i- | i- | C | C | A | Poor Effort |
| Support ... | | | | | | | |
| Health 12 2xY std | 916-10 YR A- | i- | i- | B- | B | A | |
| Wellness ... | | | | | | | |

| DAYS | Q1 | Q2 | Q3 | Q4 | | TOTAL |
|---|---|---|---|---|---|---|
| ABSENT | 0.0 | 4.0 | 2.0 | 5.0 | | 11.00 |
| TARDY | 0 | 2 | 3 | 4 | | 9 |
| DISMISSED | 0 | 0 | 0 | 0 | | 0 |

CLASS RANK: 220/304   CURRENT YR CREDITS: 35.000
Career GPA: 2.1458   CAREER CREDITS: 66.000

Class rank and career GPA are estimates and may change. (For example, when "Incompletes" become letter grades and when teachers correct electronic errors in grading, the changes in those students' GPAs will most likely change their Rank in Class, as well as other students' Rank in Class.)

Cadet, Pierre Miche
Carnelle Conde
50 Bower Street
Medford, MA 02155

*Senior — my last report card*

# Medford High School

C303 2005 Lombardo, L. 198212250

DATE: 07/05/05

| Course Description / Teacher | Q1 | Q2 | Q3 | Q4 | FV | Credits | Comments |
|---|---|---|---|---|---|---|---|
| Physical Std w/LAB 345-03 YR / Brandy, P | | | | | | 0.000 | |
| French II std 9-12 421-01 YR / Gilchrist, S | C | D+ | B- | D | C- | 5.000 | Has ability to do better |
| ELL Adv 1per ELL 473D-01 YR / Guillory, D | D | C- | D- | F | D- | 5.000 | Poor homework record / Poor Effort |
| Algebra II SEI 481-01 YR / Bombon, R | C+ | B- | C+ | C | C- | 5.000 | Easily distracted |
| Earth Sci SEI 487-01 YR / Clough, T | D | B | D+ | C | | 5.000 | Inattentive during class / Has not done all assignments |
| WCAS ENG ELL 493A-02 YR / McDaniel, S | C- | D | C- | D | | 2.000 | Effort needs improvement / Poor homework record |
| Compul Novice 2xC 560-01 YR / Borkowski, G | C | B | C | C+ | | 2.000 | Asks relevant questions |
| Guidance 12 1xC 694-06 YR / Lombardo, L | S | S | S | S | | 1.000 | Personable and courteous |
| CompArt I 4xC 9-12 702-05 YR / Van Axen, C | C+ | C | A- | C+ | C+ | 4.000 | A pleasure to have in class |
| PE 2xC B 910-03 YR / Coughlin, J | A- | A | A- | A- | | 2.000 | |
| PE 2xC B 910-28 YR / Gaus, M | B | B | B+ | C+ | | 2.000 | |

| DAYS | Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| ABSENT | 6.0 | 2.0 | 1.0 | 6.0 | 15.00 |
| TARDY | 7 | 6 | 3 | 1 | 17 |
| DISMISSED | 0 | 0 | 0 | . | 0 |

CLASS RANK:228/293

CAREER CREDITS: 99.000

Class rank, which is noted to the lower left, is an approximation. For more information, please contact your guidance counselor next fall. Counselors will notify students about corrections with regard to the other data on this form.

From    :    Pierre Michel Cadet
To      :    Mr. Michael Cedrone
Date    :    2/27/06

Case # : 10975 - PBS

Dear Mr. Michael,

This letter is being sent to tell you I was absent since on last wednesday. I went to spend the rest of the week and the weekend with my God father at New York (Brookline) and I came back back on last sunday.

I found a letter ~~that~~ you sent to me sence last week. As you ask, I send my complaint and a letter to you in which I explained to the judge all bad treatment I used to receive from Raoul and Guslaine Bonbon sence last october 2002 to May 2005. Each of them has seven pages.

More over, the complaint and the letter is stappled with all my three report cards (sophomore, junior, senior) and many other pages such as : one with some bad names Raoul Bonbon used to call the Haitian student girls, one with all the subjects he used to teach me, one in which I ask the judge to follow that way to send letter to the parents gardians of each student on Medford high school address, one in which he first began to harass me, go get an America's story book on the back of his class (on a table) to come to put on my desk and call me all kind of bad names such as : robber, stealer, zinglindoo, massissi sale etc, knock me and pocking me. So, more than 60 people will have to come on the day of the judgment to can come to answer some questions. Most of them will be student (Haitians, and Brezilians students) each of them will have to come with their parents. It was all those papers I gave to Mr. Frank Howard to give to each of them.

Pierre M. Cadet