From : Pierre Michel Cadet
To : Honorable Judith Gail Dein
Date : 2/28/06

Case #: 10975-PBS

Dear Judge,

    I write you this letter to tell you I mailed my complaint to Mr. Michael Cedrone at the same time I mailed those paper you received today. So, I send them to you to let you know that. This means that he has to come with all those papers to file his complaint against me. Before mailing my complaint to him, I called him and left message to call me back but he did not return my phone call.
    Again, today, before doin' this letter, I call him and left a message for him to l., receptionist with my phone number so that to can call me back but he still does not answer. This means that, there is no reason to deny those papers you just received. I just do that to let you know how many papers I send to him.

Sincerely,
Pierre M. Cadet

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PIERRE MICHEL CADET,
    Plaintiff

v.

RAOUL BONBON and
GISLAINE BONBON,
    Defendants

CIVIL ACTION NO. 05-10975-PBS

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendants Raoul and Gislaine Bonbon in regards to the above matter.

*[Handwritten note: It was those papers I received from Mr. Michael and I sent my complaint since yesterday directly to his address]*

Respectfully submitted,

DEFENDANTS

RAOUL BONBON and
GISLAINE BONBON

By their attorneys,

/s/ Rebecca J. Wilson
Rebecca J. Wilson, BBO # 529980
Michael J. Cedrone, BBO # 657708
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110-3342
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Michael J. Cedrone, hereby certify that I have served a copy of the foregoing on the plaintiff in this matter on this 23rd day of February, 2006.

/s/ Michael J. Cedrone
Michael J. Cedrone

PABOS2:MCEDRON:632252_1

9502-91704