From :
To : Honorable Judith Gail Dein
Date : 3/6/06

Case number: 10975 PBS

FILED
CLERKS OFFICE
2006 MAR -7 P 12:22
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Judge,

Today I am so sad and embarrassed. I don't know what to do exactly because I cannot any body to bring my complaint to Mr. Michael Cedrone. But what I want to tell you is to do me favor, give me one month or one month and half to can-effectuate service of process on the defendents. Moreover, I think to ask you too if you can make me find someone in the court to bring it directly to him in person in his office or give it to his receptionist to give to him. This is the biggest problem I have, and that's why I tried to do by myself, please!

If you want, you can cancel the Federal Rule under civil Procedure (the summons process) and replace it by something else.

If the defendents can ask to do a motion to dismiss a case, the plaintiff too has the same right to ask to make a motion to cancel something in his case. This means that, if you accept to change the summons process to something else, you can fix a day or week to write each defendent and their lawyer and all the witnesses etc, please!

sincerely,

Pierre M. Cadet