# UNITED STATES DISTRICT COURT

District of _____  MASSACHUSETTS

PIERRE MICHAEL CADET
        Plaintiff

V.

RAOUL BONBON, ET AL.,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE    C.A. 05-10975-PBS

TO: (Name and address of Defendant)

RAOUL BONBON

Raoul Bonbon
12 Parker Ave
Lynn, MA 01902

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PIERRE MICHAEL CADET, *PRO SE*

Apartment 1
50 Bower Street
Medford MA 02155

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS
2006 MAR -9 P 2:5[?]

SARAH ALLISON THORNTON
CLERK

/s/ Rebecca Greenberg
DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | March 8, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Edward T. Bowser, III | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where  12 Parker Avenue
   Lynn  MA   01902-2415

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 40.00 | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/2006
              Date

Signature of Server

121 Mystic Avenue
Medford MA 02155-4655
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY or GOVERNMENTAL AGENCY | FOR COURT USE ONLY |
|---|---|
| Name: **Pierre Michael Cadet (Pro Se)** <br> **Apartment 1** <br> Mailing Address **50 Bower Street** <br> City State Zip **Medford MA 02155** <br><br> Telephone: **781-648-0014**    Fax Number: | |
| COURT: **United States District Court - District of Massachusetts** <br> Street Address: <br> Mailing Address: <br> City State Zip: **Boston MA** | |
| PLAINTIFF: **Pierre Michael Cadet** | DOCKET NUMBER |
| DEFENDANT: **Raoul Bonbon, et al** | **CA 05-10975-PBS** |
| RESPONDENT: **Raoul Bonbon** | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served the RESPONDENT with copies of:
   **Summons In A Civil Case**

3. Address where served
   **12 Parker Avenue**
   **Lynn MA 01902-2415**

4. I served the RESPONDENT by the following means:

   a. [X] **Personal Service.** I personally delivered the copies to the RESPONDENT in hand
      on *(date)*     **March 8, 2006**     at *(time)*     **4:15 PM**

   b. **Substitute Service.** I left copies with or in the presence of: *(name)*

      who is *(specify title or relationship to the RESPONDENT)*

      (1) [ ] **(Business)** With a person at least 18 years of age who was apparently in charge at the office or usual place of business of the RESPONDENT. I informed him or her of the general nature of the papers.

      (2) [ ] **(Home)** A competent member of the household (at least 18 years of age) at the home of the RESPONDENT. I informed him or her of the general nature of the papers.
         or
      (3) [ ] **(Last and Usual)** A copy of the papers were left at the door at the Last and Usual address of the RESPONDENT
         Address:
                              and
      (4) [ ] I thereafter I mailed additional copies (by first class postage prepaid) to the RESPONDENT at the place where the copies we left.
         on *(date)*

5. **Person who served papers**
   Name:     Edward Bowser
   Address:  121 Mystic Avenue, Suite 15
             Medford MA 02155-4655
   Telephone: 617-820-0449

6. **Fees and Costs**
   Witness Fee:            *
   Service Fee:     $40.00
   Other:
   Total:           $40.00

### DECLARATION OF SERVER

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF MASSACHUSETTS THAT THE FORGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF FEES IS TRUE AND CORRECT

Date:   **March 8, 2006**
        Edward Bowser                                    *(signature)*
        (NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE OF PERSON WHO SERVED PAPERS)