From : Pierre M. Cadet
To   : Honorable Judith Gail Dein
Date : 2/28/06

FILED
IN CLERKS OFFICE

2006 MAR 20  P 3 30

Case number: 10975 PBS
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Judge,

These lines of the following are being written to tell you I will never give up until I find justice. Now I am asking you to do a motion and change the summons to something else. So, as soon as possible, you corete the defendents and their lawyer, all the witness (students, teachers), Headmaster, sub-master, superintendent, security officers etc.

If the defendent can request to make a motion to dismiss my complaint, as plaintiff, I can ask too for a motion to change the summons process to something else in particular if he is not able to effectuate service of process. If there is a law that authorize the defendent to ask for dismissing of a complaint, the plaintiff has the same right to ask to correct something in it. He can ask for reviewing his case so that to can make the change.

If the defendents were not wrong, how come they did not come to file a complaint with the clerk against me, instead of that they take a lawyer.

Mr. Michael Cedrone sent a letter to me and tell me to mail my complaint to him and I mailed it to him with many other papers, but according to the law, Federal Rule under Civil Procedure it does not comply. So, it would be better if you make me find somebody in the court to can bring it to him directly in person in his office located on: 30 Rowes Wharf, Boston MA 02110.

Boston, MA 02110-3342
(617)-951-2100

Respectfully,

Pierre M. Cadet

because I can not find anyone to do that for me, please!

- called Mr. Michael Cedrone many times but he never want to talk and

I called Mr. Michael Cedrone many times, I left my phone number to his receptionist to give to him, I left message for him on his voice mail, but he never wanted to take and return my phone call.

If my case become dismissed because I cannot find somebody in the Court to bring my complaint directly in person to Mr. Michael Cedrone in his office, my case have to be reconsidered. If you accept to reconsider it, I am asking since today to change the summons process to something else and fix a week to send letter to each of the defendent, to their lawyer, to all the witness, to the Headmaster, submaster, superintendent, custodians, please