UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PIERRE MICHEL CADET,
           Plaintiff

                                       CIVIL ACTION NO. 05-10975-PBS

v.

RAOUL BONBON and
GISLAINE BONBON,
                Defendants

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants Raoul and Gislaine Bonbon hereby move to dismiss this action for failure to state a claim upon which relief may be granted.  The plaintiff has not alleged, as he must, that he was deprived of any right protected by the Constitution or laws of the United States.  Consequently, this action should be dismissed. Further, in light of this Court's patience with this litigant, dismissal at this point is more than fair. Incorporated herein is the Defendants' Memorandum of Law In Support of Their Motion to Dismiss.

Respectfully submitted,

DEFENDANTS
RAOUL BONBON and
GISLAINE BONBON

By their attorneys,


/s/ Michael J. Cedrone
Rebecca J. Wilson, BBO # 529980
Michael J. Cedrone, BBO # 657708
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110-3342
(617) 951-2100


## LOCAL RULE 7.1 CERTIFICATION

I, Michael J. Cedrone, counsel for the defendants in this matter, hereby certify that I have spoken to the plaintiff by telephone in a good faith attempt to resolve or narrow the issues. We were unable to narrow or resolve the issues.


/s/ Michael J. Cedrone
Michael J. Cedrone

## CERTIFICATE OF SERVICE

I, Michael J. Cedrone, hereby certify that I have served a copy of the foregoing on the plaintiff in this matter on this 28th day of March, 2006.


/s/ Michael J. Cedrone
Michael J. Cedrone


PABOS2:MCEDRON:634642_1
9502-91704

2