From: Pierre Michel Cadet
To: Honorable Judith Gail Dein
Date: 4/6/06

FILED
IN CLERKS OFFICE
2006 APR -7 A 10:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Case number: 10975

Dear Judge,

I write you to ask you to deny the motion for dismissing my case that Raoul and Gslaine Bonbon's lawyer requested because I am still suffering of bad treatments, bad names I used to receive from them. I cannot have girl friend, cannot sleep, eat, learn how I suppose to by thinking to things they did to me. They make every body hate me. From the begining when they began to harass me to this month I had many difficulties to do those things. I was so disgrace, felt so bad, I became regreted to come to the united states.

You know my personality became more deteriorated than the way it was before because right now they put FBI behind me and all the FBI agents or members keep following me every where I go. They make all the bus drivers, officer polices, state polices, all my neighborhood house know me as stealer and keep following me every where I go (downtown police, Medford police, Arlington police, Malden police, somerville police, Cambridge police. My personality is so deteriorate, I cannot have girl friend. Even one friend I don't have because they make every body hate me by making them know I am a stealer, robber. It had better if I did not ever leave my country. They make me regret to come to the united states. For all those injuries, Raoul and Gslaine Bonbon, each of them have to pay at least $20.000.000 and spend all the rest of their life to jail. My personality is so deteriorated there is nothing I can do to repair it.

The FBI agents or members make my life very difficult. They make me seek every where in my body, spirit and my soul. Any thing does not work well for me at all. If you have doubt about the FBI member and police in many cities who keep

following me from my house to the bus stop, from the bus stop stop to the bus station or train station or from a city to another, you can send any investigator from the court to sullivan station, Davis square station at somerville, Medford police, downtown police etc to contact any boss driver or police and ask questions about that person they keep following to see if I lie to you or not. The investigators can go with a tape recorder so that to can make you heard what some boss drivers and polices say about that person they keep following every day.

Last saturday April first, 2006, I got to an appointment at 4 o'clock with a boss of a restaurant at Alewife block "Fresh Pond" in Cambridge. By following me from my house to the bus stop, from train station to all the other place I go, some of them went to wait for me in the Restaurant.

While I was working from Alewife station to go to the job interview, a Haitian FBI member come to meet me on my way. He called me and asked me where I am going, I answered I am going to a job interview. He asked me to the Restaurant Tin Alley Grille, I told him yes. I grew up on the street with him when I was in Haitian. He is a member of the church in which I used to go when I first come to the united states. I have been stopping going to that since on November 2002 because there are many Haitians students at Medford high school who used to go there and they make all the other member know I am a stealer.

He had a very little communication radio in his hand. Quickly he communicated with some other FBI agents and they went to wait for me in the restaurant. As soon as they reached, they made all the employees and Mr. Bill the boss know I am a stealer, robber to prevent him to hire me. When I arrived, I asked for the boss Mr. Bill Edmads, phone: 617-492-4656, they told me he is not here. There is another manager here, do you want to see him, I told them ok, call him for me. When he came he told me to seat down. The application had more than 4 pages but Mr. Bill may be did not give him all of them. He gave him only two pages.

Before leaving my house, I called Mr. Bill the boss to let him know I coming right now, but when I reached at the restaurant they did not allow him to come to talk to me. While I was entering in the restaurant I saw many polices, state polices around it. Some of them stand up and some other stayed in their car to watch what I am going to do.

It was a FBI agents member so called the boss who came to talk to me. He told me he is the boss, Mr. Bill is not coming today, that is why I come to talk to you. He told me he found only these two pages, did you fill out the whole application, I told him, yes. He asked me to write down the location of jobs experiences I have, and I wrote one on the back of one of the pages application he had, with the boss name address, and phone number. As soon as I left he called the boss to deteriorate my personality, to make her know I am a stealer, to prevent her to rehire me or to say the same thing, bad things of me if another boss call her to ask information of me about my experience.

I just started a job in downtown located on one Federal street, opposite the Armed force recruiting, the FBI members make all the employees know, the boss and the manager know that I am a stealer, to can make them to fire me.

It was the Medford high school principales, Head master, Sub masters and all the other leadings, security officers at the school and some students who made all the other police know I am a stealer and make them following me every where I go.

When I am going to Somerville, Medford police officers who are following me from my house to the bus stop contact somerville or Arlington police to let them know what bus I go on, where I am going, where the bus is going to can continue to follow me.

All those things I just explained to you are true. If you have doubt about them, you can send any investigator to Medford police, somerville police, sullivan station, Davis square station to make an investigation about the person all the police keep following everywhere he goes.

sincerely,

Pierre Cadet

Here all the personal injuries I have from 2002 To this year

I cannot sleep well
I cannot eat well
I cannot have friends because of those things, even one I don't have often I cry by thinking to my personality they still deteriorate by making every body know I am a stealer, robber, (Arlington police, Medford police, Malden police etc)
They make every body hate me
I am not feeling good at all
I am sick every where in my body (in my spirit, soul, inside and outside of my body
I cannot study how I suppose to
I spend most of the time to think to my personality they deteriorate

JS 44 (Rev. 3/99)  **CIVIL COVER SHEET**  ATTACHMENT 2

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**: Pierre Michel Cadet a Haitian student at Medford high school.

**DEFENDANTS**: Mr Raoul Bonbon a Haitian teacher mathematic and his sister Gislaine Bonbon secretary at Medford high school

(b) County of Residence of First Listed Plaintiff _____
    (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
    (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

DISTRICT COURT
DISTRICT OF MASS.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☒ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☒ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

both Raoul and Gislaine Bonbon have to be condamned for perpetuity.

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.) Mr. Raoul and Gislaine Bonbon used to harass me massissi = gay, dirty gay, stealer, Robber, assassin zinglindoo, poking me with pencil, pen, ruler to call me massissi, dirty massissi = dirty gay in Creole. Raoul used to send chalk on me while he is writing on the chalkboard + discrimination about grades.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 999,999   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____