UNITED STATES DISTRICT COURT
1 COURTHOUSEWAY, SUITE 6400
BOSTON, MASSACHUSETTS 02210

PIERRE MICHEL CADET,
            Plaintiff

            CIVIL ACTION NO. 05-10975-PBS

V

RAOUL BONBON and
GISLAINE BONBON,
            Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CASE

    It has been filed on May 4, 2005 because any of the leadings at Medford High school did not give my complaint any importance, neither the Principal nor my first Sub master, Mr. Stephen Mascoll, Mrs. Gween Black Burn, etc. Instead of doing something to prevent Raoul and Gislaine Bonbon to stop bothering me, all of them put themselves together with all the Security Officers and keep following me from class to class, from my locker to the cafeteria, from the cafeteria to the gym or to the bathroom, every day, from the beginning of 2003 to May 2005. So, right now because of those things, of deterioration of my personality by many bad names in particular robber, stealer, that Raoul and Gislaine Bonbon used to call me and all the entire leadings agreed with their behavior towards me, Medford high school and all of them without missing one will have to appear as a third defendant on the day of the judgment. With prison condition for all without missing one, this request should be accepted.

    I moved to the United States to can get a new life, but Raoul and Gislaine Bonbon make me regret because of bad names they used to call me and make every body believe of me and hate me to can keep their job.

    With a lot of sadness I Can tell you, those things they made to me have a great impact on my life. They make me suffer a lot. They make my life very difficult. My life does not walk well. I can neither eat nor sleep well because they make every body know I am a stealer, robber. I cannot laugh like every body. Most of students they made hate me keep deteriorate my personality on their request.

    In the beginning when I first entered at Medford high, most of the Haitian students girls loved me and wanted to be my girl friends. Most of them were crazy for me. They could not seat well because of me by trying to talk to me, talking of me, by looking at me now and then. But some days later, Raoul and Gislaine Bonbon, by harassing me, calling me robber, stealer, gang, massissi sale, tonton makout, assassin, criminal, picker pocket, by putting book on my desk to harass me, knock me, pocking me with ruler, pen, pencil, folding paper.

They make all of them detest me until they don't have any feeling for me anymore. My life is so embarrass because of those bad names especially robber, stealer, even girl friend I cannot have. They make me regret to come to the United States. **So, Because of all those things, I am asking to deny the motion they request to dismiss the case.**

Since I was born, from 2002 to the present is the worse moment I have never been in my live. I don't ever see a teacher like him who keeps harassing students, argue with them to make them scare, vexes them anyway he wants, acts against them, and treats them a way to can keep his job. He always talks a way to show us he does not like many but there is no body in the world who likes money than Raoul Bonbon.

When two Haitian students felled in trouble he always talks against them and forces their Submaster to send them home. Our Submasters cannot send us home back without the decision of Mrs. Gween Black Burn. Still right now he keeps doing the same thing. As soon as he remarks our Submasters do not give his request any importance, quickly he goes to Mrs. Black Burn's office and ask to send us home back to can prove us really he has powerful to put us out of school as you used to say to make us scare him, and she always did that, but she never gave Raoul Bonbon's request any importance when he asked to put them out of school. When he argues with us he used to tell us, our Submaster are nothing here, if he wants he can make Mrs. Black Burn to fire them and Mr. Paul Krueger the Headmaster cannot bring them back. It was those kinds of technical he used to can keep his job.

If my case take so long time to resolve is that I did not know how exactly to serve the defendants. I always confused. Still there are something I miss understand, misinterpret. That is why I tried to do it by myself, but it did not comply with the Federal Rule under Civil Procedure. I became tried to find a server on internet, when I saw really the last week I had to serve them was almost over.

After receiving my opposition answer about the motion they request to dismiss my complaint, both Raoul and Gislaine Bonbon have to be arrested and appeared to the court on the day of the judgment, if during the time period prescribe by law they don't come to file a complaint against me to prove it is untrue. For some of bad treatments I received from them, each of them has to pay at least **$ 20,000,000** and for some others they have to go to jail for perpetuity or condemn by death penalty. For the third defendant, prison request should be granted against all the entire leadings at Medford high. They are responsible of all bad treatments I used to receive from the teacher and the secretary. **So, for all those reasons, I am requested the Judge to refuse the motion.**

                                                          Sincerely,

                                                          Pierre M. Cadet

This certificate of service has been send directly to each defendants by her address:

**RAOUL BONBON**
12 PARKER AVE
LYNN, MA 01902

**GISLAINE BONBON**
29 LINCOLN STREET
LYNN MA 01902

FILED
CLERKS OFFICE
2006 APR 10 A 10: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CERTIFICATE OF SERVICE

I, Pierre M. Cadet, hereby certify that I have served a copy of the foregoing on the Defendants in this matter on that tenth days of April, 2006.

_____
Pierre M. Cadet

**Plaintiff**
50 Bower Street apt 1
Medford, MA 02155