UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 APR 18 A 8: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 14, 2006

PIERRE MICHEL CADET
        **Plaintiff**

CIVIL ACTION NO. 05-10975-PBS

RAOUL BONBON AND
GISLAINE BONBON
        **Defendants**

RE:  P. CADET V. R. BONBON, ET AL

    On Thursday 13, April 2006, some hours after filing the plaintiff's opposition to motion the defendants requested, he remarked he made a mistake by asking them to go to file a complaint against him again   because they already received a time period for that and they don't went. After being served by the server on last March 8, 2006, the time period prescribed by law to file their complaint against the plaintiff was extended for only 20 days, failing which judgment has to take against them. In contrast, instead of doing that they took a lawyer to request a motion for dismissing the case. So, right now they are required only to find a copy of the plaintiff's opposition to motion.
    The plaintiff asked some more days to serve the defendants because he did not find any server yet to serve them. When he saw the Judge denied his request, at the same time he went on internet to can find a server to serve them.
    The correction of the mistake has been filed with the court today and one copy has been sent to each of the defendant by the plaintiff.

    **Pierre M. Cadet**
    50 Bower Street apt 1
    Medford, MA 02155

                **Raoul Bonbon**
                12 Parker Ave
                Lynn, MA 01902

                                **Gislaine Bonbon**
                                29 Lincoln Street
                                Lynn, MA 01902