UNITED DISTRUCT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

May 17, 2005

2006 MAY 18 A 8:59

**Cadet V. Raoul**
**Case Number:**     10975-PBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Dear Judge,**

      The thing I think to ask you is to erase, delete, all things I explain to you about FBI, State Police, Medford, Somerville Police etc that happen to me at the of March past. It would be better if I kept those things in my heart. I feel they can make me fall in trouble. So I pray you to accept to take all of them out for me on computer, because those things can also prevent me to find job in the future. It is not a good background. **It was not a complaint.**

      Moreover, I would like you to take some other thing, which had been filed on last September when I added Mr. Pierre Vincent as a third defendant in my case, such as: each time I went to change my schedule Gislaine call security. For her I am not looking for to change really but I am watching to steal; keep me stolen, block the stealer, here the stealer, etc. The word stealer, robber, are the worse words some body can use to bother someone else. That is why I am requesting you please to take them out for me and any employer will never hire me in a job if they find those things.

      When I first filed the complaint they did not type those things but by sending letter now and then, they became put them on computer. So I would like you to take some of the things that Mr. Pierre Vincent told me during a Summer Mcas course on 2003 while I was walking on the hallway… do what you feel like doing, if you keep stolen one day they will keep you etc. Those things will prevent me to move in up in the future. Any employer will not accept me because of them.

      I am praying you to correct **some mistakes** I made in my opposition to motion to dismiss the case Raoul Bonbon requested. There are many things I asked that I should not ever request because it is you who have to see how much money the defendants have to pay and how many years they have to spend in jail. Some days later after reviewing them I saw those things did not have any sence, such as: Make them pay **$20.000.000,** send them to jail for all the rest of their life, condemned them by death penalty. I became remarked I talked like a crazy boy, like someone who does not know what he wants, where he is going.

      Another bad mistake I made is that I even requested to send all the entire leading at Medford high to jail that is very ridicule. So I am asking you to delete that request for me. The leadings do not merit any sentence. There are too good people to ask some thing like that for them. They treat us like our parents. It is only our parents who can tolerate us like them, no body else. There is nowhere else in the United States they tolerate students than in public school. Some days later, after filing my opposition to motion, I was not

feeling good at all by thinking to those mistakes, but I did not see how could I repair that because the defendants already received it. I became regret to make those demands and I will not get any thing in that either.

When I first filed my complaint I did not even have in mind to ask you to send letter to any of them because there are too good people. I did not want any of them to lose their job. All of them without missing one are good gentlemen, women, and ladies. I became think to do that while I was thinking now and then to some thing that my sub master and my guidance counselor made against me at the end of May 2005 in favor of Raoul and Gislaine Bonbon. It was the last thing they made to me that pushes me to file a new complaint about the Mcas.

On last April, after receiving a latter from you in whom you wrote, **"The case is moot"** and after receiving the last request from the defendants' lawyer the motion to dismiss the case, I saw a lawyer. He took all his time to explain to me what the defendants'lawyer wrote and all mistakes I made from the first letter you sent to me to the last one. He asked me $5000 but I was not able to pay. It was him who told me to add Medford high as a third defendant because if you lodged complaint to the leadings they don't do any thing, you should call them in court too because you will not get any thing from the defendants for those things they made to you. But I added prison condition for all of them without missing one, that is very ridicule because they don't merit something like that at all. They are too good to ask a sentence against them. They treat us like their children. All of them are wrong, but even letter I should not ask you to send to them for the way they treat students. He told me to do that under civil right status because Federal Court has civil right status on which you can file a complaint against the school. I asked him under what civil right status I should do that but he did not want to tell me. He told me to ask the Judge to make the defendants to pay you for damages. You have to say the reason you ask the money. He told me to ask $700.000, but instead I requested $20.000.000 that is totally impossible. He told me to give an answer quickly, and the last day I have to do that was on April 19 if not, you are going to lose your case. So he gave me good ideas but at the same time those ideas made me had bad opinions.

His opinions made me so afraid, so worried when he told me you are going to lose your case I became explained some thing to you that I should not ever do that happened to me at the end of March 2005 in Alewife while I was writing a letter to tell you to deny the motion. I became crushed myself by doing that mistake. That is why I request you to delete all those things for me because it was not a complaint. It was on Friday April 7, 2005 I began regretted after receiving a letter from Judge Saris because it was on the same day in the morning I brought the letter to the court. If I received her letter first I would not crush myself like that.

Respectfully,

Pierre M. Cadet