UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

May 30, 2006

**Cadet V. Bonbon**
C. A. NO: 10975-PBS

**Dear Judge,**

    I thought to write you again to ask you to leave every thing I told you to delete in my opposition to motion the way it was. In particular the penalty $20.000.000 at least each of the defendant will have to pay with prison condition. I don't care anymore if a lawyer does not want to take my case because I ask too much thing. I would like you to re-enter Medford high school as a third defendant in my case with prison condition above **"Civil Right Status"**. The third defendant will have to pay the same amount money I asked the first two defendants to pay and they will have only one month or 30 days to pay it.

    I know I asked too much thing but you can leave them like that. It is impossible to make someone to pay a penalty and condemn him by death penalty at the same time. It is also impossible to make somebody to pay an almond and condemn him to spend all the rest of his life to jail. The defendants make me so regret to come to the United States those sentences are nothing to request against them. I saw all king of sentence for them but all of them are impossible to realize together. If it was in my country they would receive the hardest one but they would not take chance to harass me either.

    Whatever amount money the first two defendants will have to pay I would like you to fix their sentence between 35 and 40 years to jail, especially Raoul Bonbon. They make me so regret to move here death penalty is the smallest sentence I could request against them. If they will not be able to pay the whole amount money you will ask them to pay, I would like you to multiply it by the number of the years you want them to spend to jail. For example: if you want them to spend five years to jail and the rest money they cannot pay is seven, I would like you to multiply those two number together to make it equal to 35 years to jail. This is like that I would like you to decide about their sentence. Both will have only one month or 30 days to pay that penalty. If you want you can fix the amount money each of them will have to pay between $20.000.000 and $40.000.000 at least with condition of many years in jail.

    In the middle of May, I contacted a lawyer. He asked me my name and the defendant's name and checked it on computer while I was talking to him on the phone. When he finished to read my opposition to the motion. He repeated all things I asked to me. He told me, you don't know what you are doing. Why you did not check a lawyer before doing that but I did not give him any answer. He told me he couldn't take my case. I asked him to tell me how can I repair that but he did not want to stay to continue to talk to me. As son as he finished to talk to me I thought to write you to ask to delete them, but some days later I became regret and saw I should never request you to do that. That is why I write you and request today to leave every thing the way it was before with prison condition for all the entire leading at Medford high. There are good gentlemen and women but love will never enter in their heart for me.

At last, all the entire leading at Medford high school will have to present as a third defendant under "**Civil Right Status**" with prison condition on the day of the judgment with Raoul and Gislaine Bonbon the first two defendants. The school will have to pay me $ 20.000.000 for damages because those bad names prevent me to have friend. They embarrass my life. They make me thinking all the time prevent me to sleep well, prevent me to make progress. I am always sad. I cannot eat how I suppose to by thinking to my personality they don't ever stop deteriorating and that cannot repair in the future. If in the beginning the leadings made something my personality would not be so deteriorated. They make every body hates me. I feel so disgrace even to church I cannot go. So they are responsible of all bad treatment I used to receive from the first two defendants. Each of the three defendants will have one month or 30 days to pay the amount money they will have to pay.

        Respectfully,
                Pierre Cadet

## Sentence Option for all the three defendants

- If you want you can make Raoul to pay a penalty for only bad grades he gave to me and give him a sentence between 35 and 40 years to spend to jail for all the other thing he made to me.

- If you want you can give Gislaine a sentence below or above 30 years.

- If you want you can condamn Raoul Bonbon by death penalty without paying any penalty.

- If you want you can make the school to pay a penalty and send the first two defendants to jail either for life or fix their sentence between 35 and 40 years to spend to jail.

- If you want you can make each of the three defendant to pay a penalty, the school and the first two defendants and send them to jail for any amount of years that you want for each of them.

- If you want you can only make the school to pay a penalty with prison condition and send Raoul and Gislaine Bonbon, the first two defendants to jail for a sentence below 35 or between 35 and 40 years.

- If you want you can make each of the three defendant to pay a penalty with prison condition but condamn Raoul Bonbon to spend 36 or 38 years in jail or more.

I would like you to choose one of the option above for your final decision on the day of the judgment.

(4)

Pierre Cadet