UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 3, 2006

Case Name: Cadet V. Bonbon
Case No. 10975-PBS

## PLAINTIFF OPPOSITION TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS

      The defendants Raoul and Gislaine Bonbon who should be condemned by death penalty for keeping harassing me from October 2002 to May 2005 has been taken a Lawyer to dismiss the case on the leadings request (Head of the school, Sub masters, Security officers) etc. because there was a paper in which I say all of them will have to come on the day of the judgment to can answer some questions. In the beginning of their motion to dismiss the case, I was not able to give a quick answer because I did not know exactly how to do it, but by the end I made the best I could.
      Even if the defendants did not take any lawyer, I did not ask the Judge to send letter to some eyewitness, every body would still discover how there are wrong, but they took one just to can see how they could be the winner and make the Judge to waist time on the case. My complaint is very clear, explicit and has good cause of all bad treatment I used to receive from them and I am not the only student Raoul Bonbon used to harass. He used to vex every body, and never stop. He felt protected by Miss Gwen Black Burn. That is why he was so arrogant and all the Sub masters scared him because of her. She was above them after Mr. Paul Krueger and the Superintendent. So, for those bad treatments such as: bad grades, battery, poking me, calling me robber, stealer, massissi sale, empty ass etc; there is no reason to allow the Motion to Dismiss. Both have to pay a great penalty and go to jail for life, especially Raoul Bonbon.
      On of the first reason Raoul Bonbon used to harass us is that from the time he has been working at Medford high school on 1983, as soon as he is vexing them, they became nervous and always told him they will kill him by mystic when they go back Haiti by Voodoo. They will pay a Voodoo Priest to send ghosts, zombies, and bad spirits on him to kill and crush him by accident in his car. He likes while or after arguing with them to tell him those things because from 1983 to this year any thing cannot happen to him. That is why he keeps doing the same thing, without stopping. He used to tell us he is mystic. We do not need to waist time behind him by paying a Voodoo Priest to send ghost on him. The Haitian students do not need to do any thing to him to harass them. He always talks a way to make us scare and make us know he has powerful. If he put us out of the school, Mr. Krueger, our Sub master, Miss Black Burn cannot bring us back here. For all

those things he used to do to make us scare, I am requesting the court to refuse/deny the Report and Recommendation on Defendants' Motion to Dismiss.

Both Raoul and Gislaine Bonbon have to go to jail for life for some bad treatments I used to receive from them, such as: battery, calling me massissi sale, empty ass, robber, zinglindoo etc; for some others they have to pay a great penalty. All those things happened because of a political discussion I had with him about President Jean Bertrand Aristid. So, for all those things my Opposition to Report and Recommendation on Defendants' Motion to Dismiss should be accepted by the court. This means that the court should be denied the Motion the defendants requested to Dismiss. "They have to stop harassing students".

I have some thing to clarify on the day of the judgment about job because there was a paper I filled out in which I answered the entire questions by no. I became made that because I did not have money on my account when I came to file the complaint. I was not able to prove the Judge I had money and I could not put any amount if I don't have it. That is why I wrote a paragraph about that in which I said I used to send money to my sister to can prevent her to believe all the questions I answered by no. If I checked "yes" for all or one of them this means that I have a lot of money and I have to put a great amount on the space provide. That is why I made it like that.

Finally, the plaintiff has stated a good claim and it was very clear. All those things happened because of a political discussion he had with Mr. Raoul Bonbon. The defendants requested to dismiss the case because they were so wrong; they don't know how to repair those things they used to do to him and determined he would not be able to give an answer against the motion. So, the plaintiff is requesting the Court to deny the Report and Recommendation on Defendants' Motion to dismiss.

Sincerely,

Pierre M. Cadet

50 Dower st Apt 1
Medford MA 02155