UNITED STATES DISTRICT COURT
ONE COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

FILED
IN CLERK'S OFFICE
2006 AUG 21  A 10: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

August 18, 2006

**Plaintiff**
PIERRE M. CADET

CASE NO. 10975-PBS

**Defendant**
RAOUL BONBON, ET AL

### PLAINTIFF OPPOSITION TO THE CLOSING OF THE CASE

The court is being requested by the plaintiff to **reconsider and re-open the case** because he did not see any reason to take a such decision and he does not find any justice yet. He began suffering on October 2002, one month after entering at Medford high school from Raoul and Gislaine Bonbon. The defendant used to change his grades from A, A+ to B, C, and D. He lodged complaint to his Sub master and the Head master, any of them did not give his complaint any importance. Instead, all them put themself together against him. They used to harass him in many ways: bad names ( gang, zinglindoo, massissi sale) and battery etc. He used to harass every body, vex us any time he wants, tell us bad things to make us scared. The Haitian students girls used to cry when Raoul Bonbon keeps harassing them., by telling them bad things. So, because of all those things he used to receive from the defendants, he requests the court to make each of them to pay $20,000,000 and send them to jail for life. Death penalty is not even enough to request for them. If there was a sentence to make their body meat like french fries, it was that he would request for them.

Respectfully,

Pierre Cadet