UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 14, 2006

Addition

PIERRE CADET
    PLAINTIFF

CASE NO. 10975-PBS

RAOUL BONBON
    DEFENDANT

PLAINTIFF OPPOSITION TO REPORT AND RECOMMENDATION
ON DEFENDANTS' MOTION TO DISMISS

    After the plaintiff reviewing his answer against the report and recommendation on defendants' motion, he remarked he missed something about the penalty each of the defendants will have to pay. This means that, each of them will have to pay $20,000,000 and to spend all the rest of their life in jail. Moreover, Medford high school, the third defendant or all the entire leading and security officers will have to pay the same amount too with prison condition between ● and ● years to jail. Each of those defendants will have only one month or 30 days to pay his penalty.
    Raoul and Gislaine Bonbon make me so regret to come to the United States and go to school at Medford high, if there was a sentence to make their body meat like a French fries, it was that I would request for them. This means that, death penalty it is not enough to request for them.

Respectfully,

Pierre Cadet