UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 12, 2006



Case Name: Cadet V. Bonbon
Case No. 10975-PBS

Dear Judge,

    I write you to ask you if you can make a private judgment about the case mentioned above. This means that, without anyone else than the persons on the list people I requested you to send letter to each of them to can come to answer some questions on the day of the judgment (students eyewitnesses, teachers, Head master, Sub masters, guidance counselors and security officers) etc. Do not allow any of the defendants' kids or family to enter in the courtroom!
    If you think to put those things on TV and newspaper, I don't have any problem with that but I would not like you to put my name and my picture. I would like you to replace my name by another expression such as: the plaintiff, a student at Medford high school etc. Do not put my name and my picture for reason of security! I would prefer you put only the defendants' picture with all bad treatments I used to receive from them and the other things he used to say to make the Haitian students scared him and all bad things they used to say about the teachers, leadings at Medford high especially about the sigh **"SAFE SPACE"**. You don't need to put the sigh's name but explain what they used to say of it if you see it is necessary. So every body who read those things on newspaper can see how both merit to go to jail for life. This means that, any amount money they pay, both have to spend all the rest of their life in jail. Moreover, if they cannot pay the whole $20,000,000; as third defendant, Medford high will be responsible to pay the rest, and they have only one month to pay it.
    If there was a sentence to make Raoul and Gislaine's body meat like a French-fries, It was it I would request against them. They make me regret to come to the United States. They make every body hate me. Death penalty is not enough to request for them.
    I would like you to send a letter to **Doctor Lopez Catherine Natal** too to can come to answer some questions on the day of the judgment. She is the Multi-Cultural/ESL Department Director. It was her who replaces Miss Black Burn on September 2004.

Respectfully,

Pierre M. Cadet