UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



August 12, 2006

Case #: 10975-PBS

SENTENCE AGAINST MEDFORD HIGH, THE THIRD DEFENDANT

The court has been requested by the plaintiff if we find the third defendant or all the leading at Medford high wrong about the case mentioned above, their sentence have to be fixed between ⬤0 and ⬤0 years to jail. Moreover, the school will have to pay $20,000,000 for being responsible of all bad treatments he used to receive from Raoul and Gislaine Bonbon and being participated in those things against him.

Pierre M. Cadet