UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 25, 2006

**CADET M. PIERRE**
   Plaintiff

Case Number: 10975-PBS

**RAOUL BOBON**
   Defendant, ET AL

### THE AMOUNT PEOPLE REQUIRED TO BE PRESENTED ON THE DAY OF THE JUDGMENT

   The court is requested to send letter to only three persons no more than that to come to answer some questions on the day of the judgment about the case mentioned above. This means that, the plaintiff, Pierre Cadet, the both defendants which are Raoul and Gislaine Bonbon, and their lawyer, no more than that. So, the court does not need to send letter to any students anymore, any leading (head master, Sub masters, Superintendent, teachers) and Security officers.
   When I first filed my complaint I did not have in mind to even ask you to send letter to any students, security officer. I did not ask you either to send letter to any of the leading (Head master, Sub masters, Superintendent, teachers, guidance counselor) etc; for the way they treat students. They used to treat still today every body like their child without prejudice. They tolerate us a lot and it is only in Public school they tolerate students like that. So, there is no reason to ask you to do some thing like that against them because there too good towards us. **The court is requested to take Medford high out of the case as defendant.** This means that, it is Raoul and Gislaine Bonbon who are still first and last defendants in my case, no more than that. The court does not need to send letter to any students and their parents, any leading or teachers at Medford high school any more. It is only Raoul and Gislaine Bonbon who has to present in the court room to answer the Judge questions and with respect the plaintiff is requested the court to advice all the entire leading at Medford high about that too.
   There are many bad things the defendants send to prepare against me. They send people in Haiti to prepare that but all of them are false. Since I tell you exactly what they used to tell me, I feel they may be prepare them like that. I don't know how to drive; I don't ever have license and I don't ever have record as a driver. If I had license in Haiti I should have too as soon as I move to the United States. Since I was born, I don't ever keep, never used a fire arm, but there are some people who go Haiti and prepare many bad record on my name with my signature.
   On last may 2005 those people sent many letters to me. They used to send letter to me before. They invited me many times to come in a conference but I did not ever go because I was not interested. They became trap me by sending letters to me now and then. One day I called them and tell them I will come on the day you mentioned below the card. Since I called them to let them know I will be there as soon as I am talking to somebody on the phone they know. They know when I call for a job interview. They invited me to come in a **so real states conference.** It was on that day they trap me by making me to buy a big bag with some books about real states. They told me those book can help me to be millionaire in the future. I believed them at 100 %. They made me pay it with by credit card. Since I touched that bag my imprint has been stay in it. So, they will use it to tell you many bad things about me of it. One day after, I brought it back. They did not want to receive it. When I saw that I leave it in the office where they rent the auditorium to organize the so called conference. That so called conference has been preparing exactly against me to can trap me. Now since on last August 23, 2006 they took all my

things in the basement. You know I rent a room in the basement from some body, because I was not able to pay they put me out. It was the house owners who planed with FBI and Police in Medford and around Medford to do that to me. They took all my things and put them somewhere else. They did not want me to sleep in the house any more. Every night I slept on the porch behind the house because I was not able to pay. They took all my things. They went to test them, make my imprint, after that to can accuse me of making many bad things. The house owners and their children know all those were in preparation against me to put me in trouble, to accuse me of all bad things with my signature.

        Those people used to send many letters to me before. Each time I thought to send them to you I did not until they became trap me. They used to tell me I win $1,000,000,000 send my paper work to them to can make them believe I am legal in the country. I believed them, and sent many copy colors of my permanent resident card, social security card, My Massachusetts Identification, and my school identification card to them to can make the check but instead they trap me. They used all those identification card and made many credit card on my name and buy items with high credit.

        It is those people who use my identification and my signature to can accuse me of many criminal acts in Haiti and in the United States to can put me in trouble. So, I explain those things to you in order that do not give them any importance. All of them are false and all the people in the house are participate in those things against me.

        The first invitation I received from them was on February. They invited me to come to dinner with them but I did not go. I was afraid and thought they may be prepared a poison for me. I have more things to tell you about that. They took all my things and went somewhere with them. They will put something bad in all of them to can put me in trouble after. There are waiting for I ask for them. You know I am not working. I don't have money. All of them keep asking me if I am working to can make sure I will not be able to clean them. This is like that they become trap me. I am afraid I feel many bad things will happen to me but I cannot where exactly there are coming from.

        They already pay people to assassinate me. They plan to kill me, put a fire arm in my hand as soon as I fall down on the floor with a bag fill with drug, or money. It is all those things they prepare for me. Since I did not have any place to live, I used to go to some places to sleep such as: Salvation Army, Bristol lodge in Waltham. I did not want any people from house owners know if I used to sleep in shelter because in myself I saw they will say to all my friends [*All my neighborhood house in Haiti*] in Haiti and my classmates at Medford high I am really poor I am not doing any thing, and those places are not too good enough to live. I did not want to give them that address because I was very disgraced. I feel I should be able to rent a bedroom but I did not have money yet.

        Against, the court is requested to take Medford high school out of the case, and it is only Raoul and Gislaine Bonbon who have to present in the courtroom. This means that, any students, any Sub master, any teacher, any security officer, any custodian, any guidance counselor and the Head master do not suppose to come to the court anymore about the case mentioned above. The court is requested to send a letter to each of them to let them know that. The plaintiff also need a confirmation letter from the court about that to make him believe, the Judge will not send letter to any people from the third defendant party any more but only to Raoul and Gislaine Bonbon and their lawyer. So, it is only three letters the court will have to send. If there are more than those two people in the courtroom on the day of the judgment, I will not stay even for two minutes and I will tell the Judge this is not my case that is why I am leaving. If that happen, the court will be responsible to choose another day for the judgment. Don't forget when I first filed my complaint I did not ask the court to send letter to any other person than to Raoul and Gislaine Bonbon. **It is the same way I want my case to stay, with Federal Rule under Civil procedure and Federal questions.**

Sincerely,

Pierre Cadet