UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 25, 2006

**Pierre M. Cadet**
    **Plaintiff**

Case Number: 10975-PBS

**Raoul Bonbon**
    **Defendant**

### TAKE THE THIRD DEFENDANT OUT OF THE CASE

    The plaintiff Pierre M. Cadet is requested the court to take the third defendant out of the case. This means that, they don't need to send letter to any of them any more (Head master, Sub masters, guidance counselor, Superintendent,) teachers, students and security officers.
    On May 2006, I contact a lawyer, it was him who told me to add Medford high school as a third defendant in my case, but I did not have that in mind at all. It was the server Edward Browser who referred me to him and told me to contact him. When I saw him, he forced me to add Medford high school as a third defendant in the case, and told me to ask the Judge to send them to jail to can get more money because the first two defendants will not be able to pay me. so that all the leadings and the students could put themselves together against me and tell you different thing. Micheal Cedrone, Raoul and Gislaine Bonbon already contacted all the Haitian students and their parents to make them afraid, prevent them to tell you the truth. They plan to tell you many bad things that I did not ever do in my life.
    They treat every body on the same level without prejudice. It is only two people who will have to present on the day of the judgment, the plaintiff, and the both defendants. So, from today there are not defendants in my case anymore. A copy of this restriction is going to send to them about the case mentioned above.
    The plaintiff is requesting the court to send a letter confirmation about those things mentioned above to advice raoul and Gislaine Bonbon that it is only three people: him, her and their lawyer who will receive letter from the court about my case, no more than that. **They will have to answer only Federal questions and the court have to still working on the case according only to Federal Rule under Civil procedure.**

                                                Pierre Cadet