UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 27, 2006

Case Name: Cadet V. Raoul
Case Number: 10975-PBS

### FEDERAL RULE UNDER CIVIL PROCEDURE

    The court is requested to still work on my case according to Federal Rule Under Civil Procedure exactly like I have just filed it on May 4, 2005 with Federal questions and only two defendants who are Raoul and Gislaine Bonbon, no more than that. This means that, on the day of the judgment it is Federal questions the Judge will still have to use. Moreover, the court does not need to send letter to any employee at Medford high school anymore. So, the court is requested to take Medford high **out** as a third defendant in my case. They don't need to send letter to any of them anymore, but only Raoul and Gislaine Bonbon who have to present in the court with their lawyer on the day of the judgment. All the judgment has to begin and finish with Federal questions and Federal Rule Under Civil Procedure the same way it was when I just filed it. By adding the third defendant my case become more complicate.
    In the beginning, I did not have in mind at all to ask the court to send letter to the leading at Medford high school (Head master, Sub masters, Superintendent), security officers, guidance counselors, custodians, teachers, and students. It was some thing that happen on May 2005 that make me thought to do that because there are too good towards us to ask the court to send letter to them. They treat us like their children, without prejudice. So, from today any of them will not be able to enter in the courtroom anymore. It is Raoul and Gislaine Bonbon only who will have to receive letter from the court about the case mentioned above. If I find more than those two defendants, I will leave the courtroom and the court will be in charge to fix a new day for the judgment.
    On April 2006 I met a bad lawyer. He told me to add Medford high as a third defendant in my case because I would not get enough money from Raoul and Gislaine Bonbon. He told me to do many bad things like asking a lot of money and ask the Judge to send them to jail to can get more money. I thought he was trying to help me but he was not. He gives me many bad ideas. When I finished to apply them, I saw my case will be very complicate and there is no reason to add Medford high as a third defendant in the case. He is black and living at Dorchester. So, from today Medford high is not a third defendant in my case any more and the court is requested to take their name out of it. This means that, it is Raoul and Gislaine Bonbon who have to be presented in the courtroom. If I find a student, Sub master, security officer, or guidance counselor, I will not stay in the courtroom and the court will be in charge to choose another day for the judgment.

**PRIVATE JUGDMENT**

I requested the court to give me a private judgment. This means that, it is Raoul and Gislaine Bonbon who have to be presented in the courtroom, no more than that. Moreover, Medford high is not a third defendant in my case anymore from today.

Sincerely,

Pierre Cadet