UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

PIERRE MICHAEL CADET,
                    Plaintiff,

         v.                              Civil Action No.   05-10975-PBS

RAOUL BONBON, ET AL.,
                    Defendants

                    MEMORANDUM AND ORDER
              ENJOINING PLAINTIFF FROM FURTHER FILINGS

SARIS, D.J.

     On August 11, 2006, this Court adopted the Report and Recommendation of Magistrate Judge Dein to grant the Defendants' Motion to Dismiss this action, and Ordered this action dismissed in its entirety.  Plaintiff filed a Motion for Reconsideration of the closing of the case, which was denied on August 28, 2006.

     It is apparent from the various letters filed by the Plaintiff since the dismissal of this action, requesting the Court continue to work on his case, that Plaintiff does not accept the finality of the ruling by this Court.  It is also apparent from the vexatious nature of his letters that Petitioner has a personal vendetta against the Defendants.[1]  This Court has previously warned Plaintiff in this action and in another civil action, that this type of pleading would not be permitted, and that he would be subject to sanctions for abusive or vexatious

---

[1]For instance, Plaintiff states: "Death penalty is not even enough to request for them.  If there was a sentence to make their body meat like french fries, it was that he would request for them." Plaintiff's Opposition to the Closing of the Case (#49), filed August 21, 2006.

filings.  See Cadet v. Mr. Vincent LNU, C.A. 05-11790-PBS.[2]

At this juncture this Court finds Plaintiff to be an abusive and vexatious litigant.  Accordingly, it is hereby Ordered that Plaintiff is prohibited from filing any further pleadings in this action, either by motion or by letter, seeking to reinstate this action in any manner.[3]  Plaintiff is further warned that any violation of this Order will result in the imposition of sanctions, including a monetary sanction of $1000 and an Order enjoining him from filing further suits in this Court absent permission of a district judge to file, upon good cause shown.

This Order does not prohibit Plaintiff from exercising any appeal rights he may have in this matter, nor from filing a timely Notice of Appeal.


SO ORDERED.
                                /s/ Patti B. Saris
                                PATTI B. SARIS
                                UNITED STATES DISTRICT JUDGE
DATED: September 12, 2006

---

[2]On August 31, 2005 Plaintiff Cadet filed, *pro se*, a Complaint against Defendant Mr. Vincent LNU (Last Name Unknown) who is a Haitian interpreter or translator at Medford High School.  That action was assigned as Cadet v. Vincent, Civil Action 05-11790-PBS.  The crux of this Complaint is that in July 2003, during a summer course, Plaintiff was walking in the hallway of the school when he heard the Defendant spew various verbal epithets at him.

[3]