UNITED STATES DISTRICT COURT
ONE COURT HOUSEWAY, SUITE 2400
BOSTON, MA 02210

September 7, 2006

Case 2 date
2005-10975-PBS

**Case Name: Cadet V. Bonbon**
**Case Number: 10975-PBS**

    The plaintiff Pierre Cadet is requested the court to still consider all the entire leading at Medford high school as a third defendant (Head master, Sub masters guidance counselors), and custodians, security officers etc. He would like the court to still send letter to all students' eyewitnesses and their parents, and teachers. He regretted a lot for asking the Judge to take Medford high, the third defendant out.
    The other thing I thought to clarify is that the defendant said that why I did not leave the school. The questions I thought to ask too are that why they say it is me who should leave the school and go to another. Why the other students he used to harass before me did not leave it too. If a student go to school to learn, a teacher keep bothering him by calling him bad name, it is not the student who is responsible of that or should leave the school but the leading should do something to make that teacher to stop bothering him but instead all of them put themselves together against the student and they did not give his complaint any importance.
    How come they see it is a student who just comes from his country who did not know any thing in the new country who should leave the school to a new one. Many people who are between 40 and 70+ used to receive bad treatment from their teacher before the States come with some laws to prevent teachers to beat students with ruler or belt, talk to make them scare, intimidate them. Why the States had been created DSS? If the States did not foresee some parents will still use belt, sandal, and a wood to beat their kids, **DSS** would never exist. They would never make laws to prevent some children to receive bad treatment from their parents. Although, they still beat them. That is why DSS, as soon as they discover that they take some children from their parents. So, leave the school for a teacher is not really the student decision but the person who came to enroll him to the school or his parent. The biggest question everybody should ask himself about the case mentioned above is that what was the leadings decision or position when they know some bad treatments a student keep receiving from a teacher who keep harassing him. Instead, all of them put themselves together against him with the teacher.

If Mr. Raoul sees I did suppose to leave the school, the other students he used to bother before me should be leaving too. I am not the only students he used to harass. He used to vex every body any time, anyway he wants. That is why I asked the Judge to send letter to some students eyewitnesses to come to tell her the truth, how he used to ague with us, talk to us to make us scare him.

Again, I request the Judge to re-enter Medford high school as a third defendant in her system (Head master, Sub masters, and guidance counselors), security officers, custodians etc. I really regretted for asking to drop them.

I am afraid because they pay people to assassinate me. So, I can die at any time. I don't know exactly if it is the entire leading at Medford high, the Department of Education, or the Attorney General or if it is all of them who put themselves together to do that. But I am mostly believed it is the Department of Education.

Moreover, I thought to ask the Judge to make me find a copy of each paper Raoul Bonbon came to file until she accepts to dismiss the case. I would like to see them and read them. I would like to know exactly what made her to accept to dismiss it.

Anyway, even if the Judge dismissed it, I will never give up until I find justice. Soon, the case will be re-open or transfer to another court. I thought to sue the Judge too, if I may do that right now or later.

If I asked to take something out it is not because it is true but because I thought other people who may be will see them can take them as truth. That is why I requested that. If I did not make that request may be the case would not be dismiss, the Judge would not interpret them like that. There was a paper I fill out on which I check prison condition, personal injury, etc I would like the Judge disregard that form and reconsider the one I filed on May 4, 2005 when I first filed my complaint. The second one is no good. The clerk told me the second one is no good. They will still consider the first one but I told her anyway to put stamp on it. That is one of things when the Judge reviewed all my papers she saw I made many mistakes in it and thought to dismiss it.

Respectfully,

Pierre Cade