```
                                    FILED
                               CLERKS OFFICE

                               2006 SEP 12  P 2: 04
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASS.**
**ONE COURT HOUSEWAY, SUITE 2300**
**BOSTON, MA 02210**

September 12, 2006

**Case Name: Cadet V. Bonbon**
**Case Number: 1:05-CV-10975-PBS**

      The court ( clerk) has been requested to take out or delete all information that the plaintiff gave about him ( his identification card) on the day he had been filed the case, because he remarks those things are not necessary to discuss on the day of the judgment. So, he requests to make him find the copy of the social security, school identification card, and his permanent resident card back. He would like the Judge to advice the defendants' lawyer that those information will not be able to review, to display, to discuss anymore because I already took the copy of my identifications back.

      Respectfully,

      Pierre Cadet