FILED
CLERKS OFFICE

2006 SEP 18 P 2: 08

UNITED STATES DISTRICT COURT
ONE COURT HOUSEWAY, SUITE 2300
BOSTON, MA 02210

September 14, 2006

CASE NAME: CADET V. RAOUL
CASE NUMBER: 05-10975-PBS

The plaintiff Pierre Cadet is requested the Judge if she can give him authorization to re-open the case to Superior Court or to any other court that she wants because he cannot move it to any other court without getting an order from her. He hopes to receive a positive answer from her about that.

Sincerely,

Pierre Cadet