UNITED STATES DISTRICT COURT
ONE COURT HOUSE WAY, SUITE 2300
BOSTON, MA 02210

FILED OFFICE

2006 SEP 18  P 2:08

U.S. DISTRICT COURT
DISTRICT OF MASS

September 14, 2006


CASE NAME: CADET V. RAOUL
CASE NUMBER: 05-10975-PBS


      The plaintiff does not really need any copy of his identification back from the clerk but since he remarks it is because of them the defendant became has authorization to find his job application to bring to the court; he thought the same thing can be happened when he moves it to another court. This means that he can bring the same one or another job application with the plaintiff identification to the other court to prevent the case to be processed or make it to dismiss the case. It is the base of the reason it became dismissed after reviewing by the United States District Judges.

      One of things I would like the Judge to do for me is that to take those information out on computer about my identification that I gave on the day I filed the complaint so that they will not be review them anymore on the day of the judgment. It is because of them the Judge accepted to dismiss the case. So , I would like the Judge to give me authorization to re-open the case to either Superior Court or to any other court that she wants because if I don't find an order from her, I will not able to re-open it to any other court.

      On July 2005, while I was talking to a lawyer on the phone, he checked the case on computer from his office. He told me you are going to fall in trouble because of one of your identification that you gave but the clerk takes your age out, said the lawyer. He was talking about my permanent resident card because my age was on it and the clerk give authorization to display, discuss about that on the day of the judgment.

      I should be graduated on last Jun 2004 but since I had a lot of difficulties to speak English clearly and correctly I requested Miss Gwen Black Burn if she can accept to move me back in eleven grades, and she agreed.

      I don't have any bad record but since I saw Mr. Raoul Bonbon and Mr. Pierre Vincent were telling me those things I thought to explain them to you exactly the way they used to tell them to me. When I asked to take some of those things out it does not mean they are true but it is because of the way I thought some other people could interpret them in the future. This is another reason the United States District Judges after

re-reading them, the Judge agreed to dismiss it. When I saw it has been dismissed because of that I became really regretted to ask you to take them out.

Each job application I fill out they take it. They took more than 15 already. Still today I don't ever know who those people are. But I feel those are maybe FBI agent.

From the beginning of November to the end of December 2005 I signed more than 60 lottery forms but still today I don't ever know who used to send them to me. I used to return them to them in the envelope provided with four copies identifications but I regretted a lot to tell you those things because you interpret them another way. It is because of that the clerk told me I will not be able to file any paper in that court anymore.

On the first Wednesday 2005 I signed a paper I did not suppose to sign. It was a letter I received from some people who know me or need to know me who invited to come to assist a conference about real state. Before that I used to receive letter from them for dinner conference but I did not ever go because I felt they could may be reserved a bad food for me. I don't know who they are, how they became found my name and my address to send to invite me. They made me bought a brown bag with real state books, and CD in it with my credit card and made me sign. They were many other people who bought one either by check or credit card. They told us we could be millionaire if we apply that information which is in the real state books and CD. After that, they gave me a card to can come to the dinner conference between six and seven PM.

When I reached I found a very few people that I did not expect. They told me to seat down here. They asked me many questions. I was extremely afraid because I don't who they are. How they became find my name to send to invite me to come to the conference. On the next day, I brought the sweet case back but they did not want to take it. When I saw that I left it in the office where they have been rent the auditorium to organize the conference. Some days later, they sent it a new one, a back bag with real state books in it. At the same time I sent it back to them. Some days later, they sent it back to me again. This time I put it somewhere and some weeks later I put it in the trash.

It was in a building called John Hancock Hall at Back Bay located on 200 Berkeley Street they organized the conference. Each paper I sign I become more scared than before because I don't know what is going on and what will happen to me.

While I was going home back I felt it is maybe the Department of Education, and All the attorney General who organize that conference to can know who that Pierre Cadet to call us in court. They made me scared still today because I don't know exactly who they are. They asked many questions and told me they have a job for in a hotel for packing car. They told me I will make a lot of money in tape and they will pay me $ 14 an hour. They asked me if I have license. I told them know. They told me to go make my license after that come see me. They gave me their phone number to can call them after getting it. But, since I was afraid, I don't know who they are, I was not interest anymore and I brought the bag/ the sweet case back. They told me they come from to another state. By the end I discovered it was not true but maybe FBI because they took two job applications I fill out at the end of April. I took the application from the job. I went home with them to fill them out. On the next day, I called to make sure the hiring manager was there. I talked to him about the application and he told to bring it now to him but before I reached, they already contacted him and asked him to give it to them. They told him bad things of me to prevent him to hire me and encourage him to give it to them.

They made me sign a paper for the brown sweet case during the conference to make sure if it was my application they have been taken because I signed below each of them. They made that to can compare both signature and see if it is me or somebody else (another Pierre Cadet). Still today they keep doing the same thing. Each job application I fill out they take it after giving it to one of the employee to give the hiring manager by following me.

Finally, I remark they need to make sure if I have driver license before accusing me as a kidnapper. I fell it is something like that they are planning to co. I don't know who they are. How they became found my name to invite me.

Sincerely,

Pierre Cadet