UNITED STATES DISTRICT COURT
ONE COURT HOUSE WAY, SUITE 2003
BOSTON, MASSACHUSETTS 02210

October 2, 2006

Case Name: Cadet V Bonbon
Case Number: 05-10975- PBS

    While trying to reopen it to another court the plaintiff discover he made a mistake from the first day he has been filed it as civil case because all the bad treatments he used to receive from the defendants are clearly Criminal Action. So, from today he requests the court to change the case number and replace it by a criminal case number. This means that each of them must have those things as a criminal record because sexual harassment and discrimination and the other entire thing they made to him are criminal act.

    It was two weeks ago after receiving a bad idea from a clerk at Superior court, where she told him he has to reopen it the same way. This means that under Federal Rule of Civil Procedure. When she told him that, he said, what, to redo it the same way. He already served each of them. She told him he has to do it like that to make the defendants know he call them here and he has to contact sheriff to serve them for him.

    On the next day he went to Charlestown District Court, a clerk made him know he does not have a civil case but criminal. So, it was on that day he became thought to ask the judge to change the case number as a criminal case to can make the teacher, the secretary to have those things in their record and he has to go to Somerville District Court to file it.

    The plaintiff Pierre M. Cadet is requested the court to change the case number and replace it by a Criminal case number because all bad treatments he used to receive from the defendants are not Civil Action but Criminal such as: battery, robber, stealer, gang, Tonton Makout, massissi sale, empty ass, send chalk to his face, poking him, come to put America's story, Mathematic book on his desk to harass him, change his grades from A, A+ to D, C, etc. This means that all those things are Crimnal Ation. So from today he does not have a civil case anymore but criminal.

    On the other hand, the Head master, Sub masters, security officers, act; keep following him every day, everywhere he goes at the school, from class to class, from his locker to the cafeteria, from the cafeteria to the gym, bathroom. All those things they leadings kept making to him were also criminal act.

    Today he went to Somerville District court to reopen it but he became thought to request you first to change it by a criminal number before doing that. He also thought to try the criminal clerk office at Superior Court to see if he can file it there. So, he really needs a positive answer from the Judge about that.

      Please accept to do that for him. The defendants must have those criminal actions in their record, because sexual harassment and the other entire thing they used to do to him are criminal act. They don't tolerate discrimination and sexual harassment anywhere in the United States. That is why he supplicates the Judge to edit it by a criminal case, number. He hopes to receive a positive answer from you about that as soon as possible. Thank you before hand.

                                            Pierre Cadet