UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

October 3, 2006

Case Name: Cadet V. Bonbon
Case Number: 05-10975-PBS

## PLAINTIFF MOTION TO RE-OPEN THE CASE AND CHANGE IT BY A CRIMINAL CASE/NUMBER

The plaintiff Pierre Cadet is requested the United States District Judge to re-open the case because for one year and half it has been filed, any date did not fix yet for the day of the judgment. The Judge did not reach to the final step yet to can put end to it, but by sending paper on papers she became tired with me and agreed to dismiss it. The best way to close a case is reserved on the last day or step of it.

### MOMERENDUM

The defendants made too much bad thing to me. I cannot give up. I have to fight until the end. The entire thing they made is not civil action anymore from today because they are criminal act. I discover that three weeks ago while I was trying to re-open it to another court the clerk told me that. This means that, battery, Sexual harassment, bad name calling, discrimination, give me bad grades, send chalk to my face (and say follow what I am doing zinglindoo, massassi sale), talk to intimidate u, are criminal action. He us to tell us: tell me where I have to wait for you, on that day I will come with a firearm, baseball bat on my red car to beat us and kill us, if I cannot come I will send a group gang in my place. He can pay gang to kidnap us while we are going to school or get out to school. So, because of all those things he us to tell us I request the United States District Judge to accept to re-open it and give it a criminal number.

### CERTIFICATE OF SERVICE

The defendants, Raoul and Gislhaine Bonbon are required to find a copy of the plaintiff motion to re-open and change the case number by a criminal one.

Pierre Cadet