

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

October 6, 2006

Case Name: Cadet V. Bonbon
Case Number: 05-10975-PBS

**PLAINTIFF MOTION TO REMOVE THE ENTIRE BAD
THING THE DEFENDANTS USED TO TELL HIM**

The Court is required to take out all bad things the defendants used to tell him which are false but can interpret in a different way. That is why after reviewing by the United States District Judge the case became dismissed. So, I would like they agree to remove them on computer.

Pierre Cadet