FILED
IN CLERKS OFFICE

2006 OCT -6  A 10: 25

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

October 6, 2006

Case Name: Cadet V. Bonbon
Case Number: 05-10975-PBS

PLAINTIFF MOTION TO DELETE THE ENTIRE
INFORMATION ABOUT HIS IDENTIFICATION

The Court is being requested by the plaintiff to take out all information he gave about him on computer such as: social security, permanent resident card, school identification Card because he became saw those information were not necessary to give about him which has filed on last May 4, 2005.

Pierre Cadet