UNITED STATES DISTRICT COURT
ONE COURT HOUSEWA, SUITE 2300
BOSTON, MA 02210

2006-10-05

Case Name: Cadet V. Bonbon
Case Number: 05-10975-PBS

### PLAINTIFF MOTION TO REFER THE CASE TO THREE MAGISTRATE JUDGES AT THE STATES COURT AND PUT THE CASE UNDER CIVIL RIGHT STATUS

    The plaintiff Pierre Cadet is requested the court to please refer the case to three of the Magistrate Judges at the court ( States Court) because the defendants already have a lawyer to defend them and he does not have any and will have to present to the court room by himself. This means that, as Judges Saris already made he would like the United States District Judge to accept Judge Judith and two other Judges to still make the judgment which will be easier for him because he does not have anybody to represent him. You know States Court has general/broad jurisdiction that is the base of the reason he requests the court to please send the case back to Judge Judith Gail Dein.
    Moreover, he requests the court to put the case under **civil right status.** When he first filed the complaint on last May 4, 2005 he thought it was something like that he made because he expected the case will be over quickly, but instead anything does not happen yet. Right now he became understand why some of the lawyers he checked used to ask him : "who told you to do it like that" "who told you to do it like that" but only what he knows on the day he came to file it, they told him: " go to the other window" (to the Process window). While he asked what type of thing he has to write for the jurisdiction, they show him something on a paper and told him to write that one, check this one. It was only jury he checked by himself after that he thought the Judge will take too many times with the case because of that request. That is why some days later he asked to take the Jury demand out so that the Judge can work faster to put end to the case. Since that does not change anything he would like to have some Jury present or clerk hearing on the day of the judgment. So, from today the case is no longer Under Federal Rule of Civil Procedure anymore but Under Civil Right Status.
    He is a student and doesn't know the law. He would never ask to do it like that. He was looking for something fast and he did not know what kind of jurisdiction to choose how he has to choose one and where they were, to can find one to write. Since States Court has general/broad jurisdiction he supplicate the United States District Judge to refer it to three Magistrate Judges to can work on it and make the judgment, and he would like they put it under civil right status.

  Even if you see he wrote many times about Federal Rule of Civil Procedure it was not really his chose but some body else because it was a judgment rapid he was looking for. He did not know what he was doing exactly. That is why he keeps making those entire mistakes.

  Finally, to can help himself better in the future he is praying the United States District Judge to make him find a list of jurisdiction about civil right status if it is possible. In order to can know under what Civil Right Status somebody can file a complaint like those two cases he has been filed in this court and like any other cases.

                   Pierre Cadet