UNITED STATES DISTRICT COURT
ONE COURT HOUSE WAY, SUITE 2300
BOSTON, MA 02210

October 15, 2006

**Case Name: Cadet V. Bonbon**
**Case Number: 05-10975-PBS**

    The court is being requested by the plaintiff to feel party for him, pardon him, reconsider both cases and try to see how they can re-open them for him because he is not feeling good at all from the time the Judge close them. He requests Clerk hearing or Jury presence for them on the day of the judgment (05-10975-PBS) and 05-12088-PBS which have been filed against Raoul Bonbon and Department of Education.

    He does not accuse any employee at the court about the thing that happened to his identification and anybody could not accuse them either but since he became so scared about many things, he was trying to explain that to the Judge to can get protection because he did not know exactly what is going on, what will happen to him. It was on May 4, 2005 he thought to explain those things to the Judge because he was extremely afraid after being participated in a so-called conference on the day precedent (Wednesday 3) which has been organized specially against him.

    Anybody could never accuse employees in a court about those things. It is only him and God who know what is going on in his mind. How he is thinking. From the day he got out to the conference, he kept thinking about many things but he did not know exactly what's going on. It was on the next day he thought to explain some thing to the Judge because they said they come from Texas, California, Kansas, New York, Georgia Nevada etc. and made him to sign for some thing at the end. He used to receive letters from all those places about the lottery. The way he was thinking while he was writing them it is not like that the Judge saw them. That is why she condemned the cases. So, he would like her to reconsider both, to re-open them and still work on them.

    Anyone at the court could never think to do something like that and he did not have that in his mind at all either. On May 4, by keeping thinking to what will happen to him, to all things they said during the conference, he became so scared, thought to explain that to the Judge to can find protection if he is going to fall in trouble because he does not knew exactly what is going on. How they found his name and address to send to invited him. On May 5, he was so afraid, he typed a letter to ask the Judge to close both cases and said they can be re-open in the future at any time, but he did not bring them to the court. He said: let me wait for seeing what will…what they are looking for doing exactly.

    From April to now they don't stop taking his job application. As soon as he calls some body they know that.

    On August while he went to sleep somewhere at Waltham, a Sunday, the short Haitian man who was in charge to assassinate him tried to talk to him He always said he come from Martinique because he felt they were preparing a trap against him but they wanted to make sure if it is him who called them in court or another Pierre Cadet. He never spoke his native language because he suspected they were trying to make sure if it

is him. They sent people who have the same nationality with him to test him to see if he speaks Creole. By the end they became know. Between 7:30 and 8:00 AM, while they were going out he asked him are you Haitian. He told him yes. After a long conversation, he forced him to go on a common. While they were talking, he told the plaintiff here, in the United States, you can call anybody in court such as: Governor, Department of Education, and teacher. He told him here, Police used to kill people for many reasons. He wearied a dirty cloth. They can kill you and put fire arm in one hand and a bag on the other hand with drug and money in it. After that, they spread on TV and newspaper you were shooting with Police but you became victim. When he heard that, he became feel what they are planning to do with him.

    On Monday, the next day, while he was going out to get bus to Central Square, a gentleman came to put a very great large woman purse on the table in front of the guy they paid to assassinate him. He suspected there was a fire arm in it. While they reached on the street he walked very close to the plaintiff in order to can prevent people around them to hear the sound of the fire arm while he is shooting him. He kept him very tight. He did want not the plaintiff to go up, go down. He wanted to stay next to him and extremely close to can put the mouth of the fire arm on his body (on the plaintiff's body), on his abdomen or his back. He forced him to go to wait for the bus somewhere he does not used to stay. He kept asking him a comb to comb his hair because he knew he has one in his pocket so that while he is entering his hand in his pocket he (the plaintiff) could not defend himself.

    On May 2006, while he was working, they called him and asked him to fill out a new application. It is it Raoul Bonbon brought to the court. When he finished, the boss told him: **"I will send your application to the court to tell the court you worked here"**. When he told him that, he became believed at 100% as soon as he calls somebody they know. It is like that Mr. Bonbon became contacted the boss for the application. One week after, he discharged him.

    Ms. Susan Jenness did not ask him for his identification. He was him voluntarily who gave them to her because he believed the Judge would request him his paper work etc. He does not accuse anyone at the court. For him, it is impossible for someone thinking like that. He knows exactly where those things come from. That is why he sent some of the lottery letters they sent to him to can prevent the Judge to think the way she was thinking. Nobody does not know exactly the way he was thinking while writing them. That is why God is God. He is always ready to pardon someone who makes mistakes because he knows our pass, present and future. No one can lie to him. He knows every thing we are going to do.

    Finally, he would like the court to still refer the case which has been filed against Raoul Bonbon to Judge Judith Gail Dein and two other Magistrates Judges because he does not have lawyer to represent him. He supplicates the court to reconsider his two cases, to re-open them and still working on them. He requests Jury presence or clerk hearing for both cases on the day of the judgment.

**All future notices can be electronically mailed to:**

                                                                   Pierre Cadet
                                        **Mail to:**ytiopswiealkz@yahoo.com