FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
ONE COURT HOUSE WAY, SUITE 2300   2006 OCT 26  P 2: 47
BOSTON, MA 02210

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 15, 2006

**Case Name: Cadet V. Bonbon**
**Case Number: 05-10975-PBS**

    The plaintiff Pierre Cadet is requested the court to make him find back some papers in which he explained something that happened to him in Waltham, they put him out, etc. which has been filed between 9/4/06 and 9/12/06. It was it that made the Judge to dismiss, close the case he filed against the Department of Education, on 09/08/06 and condemn both. He also would like all the lottery letters with the big yellow envelop back.

    He would like to have the civil cover sheet attachment two back in which he checked personal injury etc. which has been filed on last April with the plaintiff opposition to motion. It was one of the papers that made the case to be dismissed after reviewing by the United States District Judge. He will come back to pick up them.

    He requests the Judge to feel party for him, and pardon him. He does not accuse any employee at the court about that. Any of them would never waist their time for something like that either. The way he was thinking while he was writing them, it is not like that the Judge interprets them. He is very sorry about that.

    He supplicates the Judge to reconsider and re-open both cases, because he is not feeling good at all from the time she condemned them.

    All future notices can be electronically mailed to:

Pierre Cadet

Mail to:   ytiopswiealkz@yahoo.com