UNITED STATES DISTRICT COURT
ONE COURT HOUSEWAY, SUITE 2300
BOSTON, MA 02210

FILED
IN CLERKS OFFICE
2007 APR -6  P 12: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

April 3, 2007

Case Name: Cadet V. Bonbon
Case Number: 05-10975-PBS

    The plaintiff Pierre Cadet is requested the court to delete the case in the Judge system because he is no longer interested to it anymore, because he does not know how to make the appeal. He wrote many letters but finally he becomes discouraged and thinks to give up because he does not get any thing in return from the beginning to the time it was closed. The Judge had better accept to delete it in her system than to leave it the way it is because he will never comes back at all on this case any more.
    He also thinks to ask the Judge to take Medford high school out the case. She does not need to consider any body as defendant anymore because he gives up forever. He does not interest to it anymore. He had better to kept checking lawyer until he finds one to work on it because he made to much mistakes. Right now, the case is so old any lawyer will not accept to take it. That is why he requests the Judge to cancel it in her system than to leave it the way it is.
    He became had many enemies because of it. He suffered many types of harassments from Mr. Raoul and Gislaine Bonbon but since he did not the law, he had a lot of difficulties to work on it by himself. That is why he becomes discourage after doing all those mistakes by writing letters on letters and think to give up forever and ask her to eliminate it in her system.

Pierre Cadet
ytiopswiealkz@yahoo.com